**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **IN RE APPLICATION OF GUILLERMO LUIS TOFONI FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No. 4:25-CV-313 (CDL) |

**ORDER GRANTING EX PARTE PETITION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

This matter came before the Court upon the *Ex Parte* Petition of Guillermo Luis Tofoni ("Petitioner"), for an Order Pursuant to 28 U.S.C. § 1782 (the "Petition"). The Court considered the Petition, the supporting Memorandum of Law, the Declarations of Francisco Castex and Scott Grubman, and the accompanying exhibits. The Court finds that Petitioner established the four prima facie requirements recognized in *Sergeeva v. Tripleton International Ltd.*, 834 F.3d 1194, 1198 (11th Cir. 2016) and that the factors identified in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the petition. Accordingly, the Court HEREBY ORDERS that:

1. The Petition is GRANTED;

2. Scott Grubman is hereby appointed Commissioner of the Court with the power to issue a subpoena to Synovus Bank for the limited purposes described in the Petition. Nothing in this Order shall be construed to preclude the Respondents from timely moving to quash such subpoena or challenging alleged deficiencies in the Petition.

Dated: October 7, 2025

S/Clay D. Land
UNITED STATES DISTRICT JUDGE MIDDLE
DISTRICT OF GEORGIA