|  |  |
|---|---|
| IN RE APPLICATION OF GUILLERMO LUIS TOFONI FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 4:25-cv-00313-CDL |

## TOURPRODENTER LLC'S LOCAL RULE 87.1
## CORPORATE DISCLOSURE STATEMENT

Tourprodenter, LLC ("Tourprodenter"), by and through undersigned counsel, hereby files

its Corporate Disclosure Statement pursuant to United States District Court for the Middle District

of Georgia Local Rule 87.1:

Tourprodenter is a Florida Limited Liability Company, with principal address at 2920 NE

207th Street, Suite 804, Aventura, Florida 33180. Tourprodenter's sole member and shareholder is

Stufer, S.A., a "Sociedad Anónima" (a corporation) incorporated in the Oriental Republic of

Uruguay. Tourprodenter has no subsidiaries.

DATED: March 23, 2026                 Respectfully submitted,

*/s/ Lewis P. Perling*
Lewis P. Perling
Georgia Bar No. 572379
lperling@clarkhill.com
Clark Hill PLC
3630 Peachtree Road N.E.
Suite 700
Atlanta, GA 30326
470.845.0207 (phone)

**DIAZ REUS INTERNATIONAL LAW FIRM**
100 Southeast Second Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050

1

By: */s/ Javier Coronado Diaz*
Michael Diaz, Jr. (Fla. Bar No. 606774)
Attorney Email: mdiaz@diazreus.com
(Motion for *pro hac vice* admission forthcoming)
Javier Coronado Diaz (Fla. Bar No. 1047848)
Attorney Email: jcoronado@diazreus.com
(Motion for *pro hac vice* admission forthcoming)
Gabor Gazso von Klingspor (Fla. Bar No. 1058977)
Attorney Email: ggazso@diazreus.com
(Motion for *pro hac vice* admission forthcoming)
John Q. Foster (Fla. Bar No. 1059167)
Attorney Email: jfoster@diazreus.com
(Motion for *pro hac vice* admission forthcoming)

*Counsel for Tourprodenter, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing was filed on March 23, 2026 with the

Court's CM/ECF system, which will serve a true and correct copy thereof on all counsel of record.

*/s/ Lewis P. Perling*
Lewis P. Perling