UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| IN RE APPLICATION OF GUILLERMO LUIS TOFONI FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | CA. No. 1:25-cv-01217-RGA |
|---|---|

ORDER GRANTING EX PARTE
PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

This matter came before the Court upon the *Ex Parte* Petition of Guillermo Luis Tofoni ("Petitioner"), for an Order Pursuant to 28 U.S.C. § 1782 (the "Petition").

The Court, having considered the Petition and the supporting Memorandum of Law, and the Declarations of Francisco Castex and Melissa Donimirski and accompanying exhibits,

HEREBY ORDERS that:

1. The Petition is GRANTED;

2. Melissa Donimirski is hereby appointed Commissioner of the Court with the power to issue subpoenas to Bank of America, N.A.; Bank of America Corporation, which is the parent company of Bank of America, N.A.; Citigroup, Inc., which is the parent company of Citibank, N.A.; and JP Morgan Chase Inc., which is the parent company of JP Morgan Chase Bank, N.A.  Nothing in this Order shall be construed to preclude the Respondents from timely moving to quash such subpoena or challenging alleged deficiencies in the Petition.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

Dated: October 10, 2025

1

EXHIBIT 3 TO MOTION FOR PROTECTIVE ORDER