**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE PETITION OF GUILLERMO LUIS TOFONI FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No. 1:25-cv-01217-RGA |

**ORDER GRANTING PETITIONER'S**
**EX PARTE MOTION TO REOPEN MATTER**
**AND FOR AUTHORIZATION TO ISSUE ADDITIONAL SUBPOENAS**

The Court, having considered the Petitioner's *Ex Parte* Motion to Reopen Matter and for Authorization to Issue Additional Subpoenas (the "Motion"), together with the Declaration and exhibits filed in support thereof, and for good cause shown,

IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED; and

2.      Melissa N. Donimirski, Esq. of Stevens & Lee, P.C. is hereby appointed Commissioner of the Court with the power to issue subpoenas to First Citizens Bancshares, Inc., PNC Bank, N.A., Wells Fargo & Company, The Bank of New York Mellon Corporation, and RBC US Group Holdings LLC, requiring them to produce documents within their possession, custody, or control. Petitioner may seek leave to issue any additional subpoenas *duces tecum* that may be revealed to be necessary through the discovery produced in response to the subpoenas.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

Dated: <u>January 21</u>, 2026

SL1 3975630v1 122623.00001

EXHIBIT 5 TO MOTION FOR PROTECTIVE ORDER