# LA NACION

  **SUBSCRIBE**

[LA NACION](#) > [Politics](#)

# Transfers to two other shell companies have been revealed, and the diversions already exceed US$50 million.

**Javier Faroni's TourProdEnter made payments of almost US$ 2.5 million to two Miami firms with no verified activity; the list of suspicious companies amounts to nine; they were all created under the same address.**

February 22, 2026    • 03:22     8'

By [Nicolás Pizzi](#) and [Ignacio Grimaldi](#)

**LISTEN TO THIS ARTICLE**



| | | | | |
|---|---|---|---|---|
| Home | Sections | Foodit | Club LN | Log in |

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

The shell companies that received transfers from the company contracted by the AFA were registered at the same address.



ADVERTISEMENT

On April 2, 2024, at 11:09 a.m., the company TourProdEnter, hired by the Argentine Football Association (**AFA**) to be its commercial agent abroad, transferred US$150,000 to the firm Seriva Inc. A minute later, US$100,000 were wired to Delker Inc, its "twin" sister company. At 11:12 a.m. that same day, another transfer of US$150,000 was made to an unknown company called Ikane. **The three companies were registered at the same address.** The next day, something similar happened. At 11:59 a.m., another transfer was made to Ikane and to two of the four companies created in Miami, with no employees or verified activity, which had received at least US$42 million. The universe

**US$50 million**, according to bank documents to which LA NACION had access.

Over the past four years, TourProdEnter received at least US$260 million distributed in accounts opened at Citibank, JP Morgan, Bank of America, and Synovus. Sponsorship, as in the case of Adidas, broadcasting rights, and the organization of friendly matches, explains, to a large extent, this level of income.

On paper, the face of TourProdEnter is Erica Gillette. She is listed as its manager and authorizes most of the transfers, but after the first publication of LA NACION, the company issued a statement signed by **Faroni**, former Buenos Aires deputy for Frente Renovador and former director of Aerolíneas Argentinas during the presidency of Alberto Fernández. **"He had a very secondary role on the board because the company was managed by La Cámpora;** he was Massa's envoy, they never let him in," confirmed a source who shared that stage with him.

ADVERTISEMENT



Four months before the end of his term as director of the flag carrier, **in August 2021**, Faroni decided to create the company TourProdEnter together with his wife. The firm was not active until December of that year. On the 8th of that month, according to the documents seized by the Justice at the headquarters of the AFA on Viamonte Street, **Gillette sent a commercial proposal by email** to the heads of the AFA. This proposal was approved just 24 hours later by the entity's executive committee.

![Part of the AFA committee photo]

Part of the AFA committee: Víctor Blanco (Racing), Chiqui Tapia, Carlos Montaña (Independiente), and Pablo Toviggino (treasurer)

@Afa

ADVERTISEMENT




Home     Sections     Foodit     Club LN     Log in

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

Home   Sections   Foodit   Club LN   Log in

In fact, TourProdEnter became a collection agent and collected millions from the AFA. **Where did the money go**? LA NACION revealed that four limited liability companies (LLCs) incorporated in Miami [received at least US$42 million.](#) Among its representatives, all Argentines, were a beneficiary of social housing, another person declared bankrupt, and a man who had received Universal Child Allowance (AUH).

Almost two months after the first revelation, that list of suspected companies, all created in Miami, rose to nine. Thus, the alleged diversion totals about **US$51.4 million between 2022 and October 2025**, when the United States Justice Department ordered the banks to leak the information.



EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER



Faroni with his wife

X

ADVERTISEMENT

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

LA NACION contacted Faroni's relatives to find out the reason for the transfers but has not received a response at the time of publication of this article. In a statement released in December, the firm said that "it is a private company **with autonomy that defines its funds with commercial freedom and discretion** in compliance with the current legislation of the country of origin." And the AFA reported that their link with their commercial agent was subject to the "analysis of different Courts both in the Argentine Republic and in the United States, without any irregularity having been detected."

## The newly detected companies

Two addresses in Miami, with "virtual offices," were the first point of contact between the previously investigated companies and the newer ones.

ADVERTISEMENT

TourProdEnter's records show **Mafer Trading LLC**, which received



EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

shows that at that same time, money was also sent to María Florencia Sartirana, partner of the treasurer of the AFA. Pablo Toviggino and Soagu Services, one of the alleged shell firms.

Mafer Trading was registered by a person identified as Matías E. Fernández. His initials make up the name of the company (**"Ma" for Matías and "Fer" for Fernández**). The same pattern had been observed in the case of Marmasch, linked to Mariela Marisa Schmalz ("Mar" for Mariela, "Ma" for Marisa, and "Sch" for Schmalz).

ADVERTISEMENT

 
EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER



Matías Esteban Fernández incorporated the public limited company Sfera Global Sports in Argentina.

LA NACION had already revealed the existence of **W Trading**, where the Argentine **Matías Esteban Fernández**, a 45-year-old man who was a municipal employee in Lanús, appeared as a self-employed taxpayer, and even appears as a beneficiary of an AUH.

ADVERTISEMENT

 

Home    Sections    Foodit    Club LN    Log in

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

Between November 2022 and September 2023, W Trading received thirteen transfers from TourProdEnter totaling **US$2.3 million.** The firm shut down in September 2024. Mafer Trading had already been created three months earlier, according to trade documents.

Similar to the four companies that received US$42 million (Marmasch LLC, Soagu Services, Velp, and Velpasalt), W Trading did not register employees, nor did it verify activity in the United States, and registered its address on **Suite 228 at 1031 Ives Dairy Road**, in Miami.

ADVERTISEMENT

Home        Sections        Foodit        Club LN        Log in

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**
DOCUMENT# L1 8000234629
**Entity Name:** W TRADING LLC
**Current Principal Place of Business:**
1031 IVES DAIRY ROAD
SUITE 22610
Miami, FL **33179**

**FILED**
**May 23, 2023**
**Secretary of State**
**3173652279CC**

**Current Mailing Address:**

1031 IVES DAIRY ROAD
SUITE 22810
MIAMI, FL 33179 US

**FEI Number: 35-2643346**

**Certificate of Status Desired: No**

**Name and Address of Current Registered Agent:**

BUSINESS FILINGS INCORPORATED
1200 SOUTH PINE ISLAND ROAD
PLANTATION. FL 33324 US

*The above-named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

**SIGNATURE:**    MARK WILLIAMS                                **05/23/2023**

   **Electronic Signature of Registered Agent**                 Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| **Title** | MEMBER |
| **Name** | FERNÁNDEZ, MATIAS ESTEBAN |
| **Address** | 1031 IVES DAIRY ROAD       SUITE 22810 |
| **City-State Zip:** | MIAMI, FL 33179 |

W Trading Company was incorporated at 1031 Ives Dairy Road.

Another company that appears in the bank records is **Ikane Inc**, registered in Suite 450 of an office building located at 8333 NW 53 Street, in the city of Doral, the same place where the "twins" Seriva and Delker were created. **All three were dissolved on the same day: January 9, 2025.**

But there is more suspicious information. The money transfers from TourProdEnter to these three firms coincide on four dates: from April 1st to the 4th, 2024.


EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

In April, at 10:46, it was Ikane's turn; at 10:49, Delker's; and at 10:51, Seriva's.



**ARTICLES OF INCORPORATION**

**Article I. Name**

The name of this Florida Corporation is:

SERIVA INC.

**Article II: Address**

The Corporation's mailing address and principal place of business is:

8333 NW 53rd St, Ste 450, Doni. Ft 33166

**Article III. Registered Agent**

The name and address of the Corporation's registered agent are

Florida Filing Search Services, Inc.
155 Office Plaza Drive. Suite A
Tallahassee, FL 32301

2023 MAY -8 AM11:18

**Article IV. Board of Directors**
The name of each member of the Corporation's Board of Directors is

Sandro Maximo Salas Sevilla
8333 N*W 53* Street Ste 450
Doral, FL 33166

The affairs of the Corporation shall be managed by a Board of Directors consisting of no less than one director. The number of directors may be increased or decreased from time to time in accordance with the Bylaws. The directors shall be protected from personal liability to the fullest extent permitted by applicable law.

American Incorporators Ltd.
1013 Centre Rd., Suite 403-A
Wilmington, DE 19805
800-421-2661

At 8333 NW 53rd St, there is an office building.
Post Highlighting / Collage

Ikane received transfers from three accounts of Faroni's company: Bank of America, Synovus, and City Bank. **Totaling US$1,180,700.**

LA NACION tried to contact representatives of Ikane Inc through an email published on the company's website, but no one responded at the time of publication of this article.

## The US$50 million

Of the new Miami shell companies detected so far, the one that absorbed the most funds from the alleged diversion is Velpasalt: **US$14.7 million**. Similarly



Home    Sections    Foodit    Club LN    Log in

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

of the first publication of LA NACION about TourProdEnter's money transfers.

Roberto Salice was the owner of Velpasalt. Among his antecedents, he was declared bankrupt in 2019, as declared by a commercial judge who sentenced him to request authorization to leave the country and referred the proceedings to the criminal jurisdiction due to the "presumption of fraud," as stated in the judicial evidence analyzed by LA NACION.

Salice's partner, Verónica López, was listed as the manager of Velp, a firm that received US$3 million.



ARGENTINE REPUBLIC - MERCOSUR
**NATIONAL IDENTITY DOCUMENT**
NATIONAL REGISTRY OF PERSONS

**SURNAME/
SALICE
NAME/S
ROBERTO JOSUE**
DOCUMENT NUMBER:

**\*NATIONALITY:
ARGENTINE**

DATE OF ISSUE
**MAY 10, 2011**
EXPIRATION DATE
**MAY 10, 2026**

GENDER: M

SIGNATURE OF THE IDENTIFIED PERSON

NOT A VOTER'S CARD

<<<<<<<<<<<<<<<

<<<<<<<<<<<<0

SALICE<<ROBERTO<JOSUE<<<<<<<<<

Roberto Salice created Velp LLC.

This story also involves another couple. That is the case of Mariela Schmalz, who was listed as the manager of Marmasch, a company that received

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**Both worked in the center of Bariloche.** He was an employee of a pharmacy, and she worked in a decoration store, two blocks away. Neither of them returned to work after the scandal.



Ojeda Jara and Schmalz

The fifth shell company, W Trading LLC, received **US$2,297,500**

~~provenientes de TourProdEnter. Las transferencias coincidieron ocho veces con~~

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

LA NACION revealed last Sunday the existence of the "twin" companies, Delker and Seriva, recipients of US$4.7 million. Both were created and dissolved on the same days, they shared the same address, and their websites seem to be clones.

The emergence of **Mafer Trading** and **Ikane** is the last piece of the puzzle of nine LLCs, all created in three Miami addresses. Totaling **US$51.4 million.** It was money from the AFA. The evidence is in the hands of Justice.

By **Nicolás Pizzi** and **Ignacio Grimaldi**

AFAGate   •   Corruption

According to ⊤ The Trust Project   ›

ADVERTISEMENT

## Other news from AFAGate



EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER



**New videos.** The banknote Jenga and the route through the City of Money of AFA's Rosadita



**AFAGate**. Another Javier Faroni account appeared in the U.S. that diverted more than US$3 million to five shell companies

**"Equality before the Law."** The Buenos Aires Bar Association responded to Chiqui Tapia's statement.

## Latest News

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**"He looked like King Kong,"** Olmos questioned Milei and urged Peronism to create an economic alternative with fiscal order.



**"He's here."** Bullrich highlighted the release of Nahuel Gallo

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER



## Strategic enemies? Milei and the new labyrinths of his anti-caste reformism

 **Subscribers**

## To comment, you must have Digital Access.

Log in or subscribe

LOGIN          SUBSCRIBE



   

 

© Copyright 2026 SA LA NACION | All rights reserved. National Copyright Directorate DNDA - FILE DNDA (renewal) RL-2023-95334553-APN-DNDA#MJ. The total or partial reproduction of this newspaper is prohibited.

**Protected by reCAPTCHA:**

Conditions        Privacy

 Member of GDA. Grupo de Diarios América

<span style="color:red">EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER</span>



morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/03/13

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:

- '15-Noticia filtrada por Tofoni-Aparecen transferencias a otras dos empresas fantasma y los desvíos ya superan los US$50 millones - LA NACION.pdf'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

# LA NACION



SUSCRIBITE

LA NACION > Política

# Aparecen transferencias a otras dos empresas fantasma y los desvíos ya superan los US$50 millones

TourProdEnter, de Javier Faroni, hizo pagos por casi US$ 2,5 millones a dos firmas de Miami sin actividad verificada; el listado de empresas sospechosas asciende a nueve; todas fueron creadas en las mismas direcciones

22 de febrero de 2026  •  03:22           8 '

Por **Nicolás Pizzi** e **Ignacio Grimaldi**

ESCUCHAR NOTA



Inicio     Secciones     Foodit     Club LN     Ingresar

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

Las sociedades fantasma que recibieron giros de la empresa contrata por la AFA fueron registradas en la misma dirección



javier

PUBLICIDAD

jaEl 2 de abril de 2024, a las 11:09 de la mañana, la empresa TourProdEnter, contratada por la Asociación del Fútbol Argentino (**AFA**) para ser su agente comercial en el exterior, transfirió US$150.000 a la firma Seriva Inc. Un minuto después, giró US$100.000 a Delker Inc, su hermana "gemela". A las 11:12 de ese mismo día, realizó otro envío de US$150.000 a una compañía, desconocida hasta ahora, llamada Ikane. **Las tres sociedades fueron registradas en la misma dirección.** Al día siguiente, ocurrió algo similar. A las 11:59 volvió a enviarle dinero a Ikane y a dos de las cuatro empresas creadas en Miami, sin empleados ni actividad verificada, que habían recibido al menos US$42 millones. El universo

Inicio    Secciones    Foodit    Club LN    Ingresar

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**US$50 millones**, según reflejan los documentos bancarios a los que LA NACION tuvo acceso.

Durante los últimos cuatro años, TourProdEnter recibió al menos US$260 millones distribuidos en cuentas abiertas en el Citibank, JP Morgan, Bank of America y Synovus. El esponsoreo, como en el caso de Adidas, derechos de transmisión y la organización de partidos amistosos explican, en gran parte, ese nivel de ingresos.

En los papeles, la cara de TourProdEnter es Erica Gillette. Figura como su mánager y autoriza la mayoría de las transferencias, pero tras la primera publicación de LA NACION, la empresa emitió un comunicado firmado por **Faroni**, exdiputado bonaerense por el Frente Renovador y exdirector de Aerolíneas Argentinas durante la presidencia de Alberto Fernández. "**Tenía un rol muy secundario en el directorio porque la empresa estaba manejada por La Cámpora**, él era el enviado de Massa, nunca le abrieron el juego", confirmó una fuente que compartió esa etapa.

PUBLICIDAD

Inicio      Secciones      Foodit      Club LN      Ingresar

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

Cuatro meses antes de terminar su mandato como director de la aerolínea de bandera, **en agosto de 2021**, Faroni decidió crear la empresa TourProdEnter junto a su mujer. La firma no tuvo actividad hasta diciembre de ese año. El 8 de ese mes, según los documentos secuestrados por la Justicia en la sede de la AFA de la calle Viamonte, **Gillette mandó por correo electrónico una propuesta comercial** a los jefes de la AFA. Esa propuesta fue aprobada apenas 24 horas después por el comité ejecutivo de la entidad.



Parte del comité de AFA: Víctor Blanco (Racing), Chiqui Tapia, Carlos Montaña (Independiente) y Pablo Toviggino (tesorero)
@Afa

PUBLICIDAD

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

En los hechos, TourProdEnter se transformó en un agente de cobro y recaudó millones de la AFA. **¿Dónde terminó el dinero?** LA NACION reveló que cuatro sociedades de responsabilidad limitada (LLC, por sus siglas en inglés) constituidas en Miami recibieron al menos US$ 42 millones. Entre sus representantes, todos argentinos, se encontraban un beneficiario de viviendas sociales, otra persona declarada en quiebra y un hombre que había percibido una Asignación Universal por Hijo (AUH).

A casi dos meses después de la primera revelación, ese listado de compañías sospechadas, todas creadas en Miami, ascendió a nueve. De esa manera, el presunto desvío totaliza unos **US$51,4 millones entre 2022 y octubre de 2025,** cuando la Justicia de Estados Unidos le ordenó a los bancos filtrar la información.


EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER



Faroni junto a su esposa
X

PUBLICIDAD



LA NACION contactó a allegados de Faroni para conocer el motivo de las transferencias, pero al momento de publicación de este artículo no obtuvo respuesta. En un comunicado difundido en diciembre, la firma sostuvo que "es una empresa privada y **con autonomía que define con libertad comercial y discrecionalidad sobre los fondos que le pertenecen** cumpliendo con la legislación vigente del país de origen". Y la AFA comunicó que su vínculo con su agente comercial estuvo sometido al "análisis de distintos Tribunales tanto en la República Argentina como en los Estados Unidos, sin que se haya detectado irregularidad alguna".

## Las nuevas empresas detectadas

Dos domicilios en Miami, con "oficinas virtuales", funcionaron como el primer punto de contacto entre las empresas ya investigadas y las más recientes.

PUBLICIDAD

En los registros de TourProdEnter aparece **Mafer Trading LLC**, que recibió

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

reflejan que en ese mismo momento también se concretaron envíos de dinero a María Florencia Sartirana, pareja del tesorero de la AFA. Pablo Toviggino, y a Soagu Services, una de las firmas supuestamente fantasmas.

Mafer Trading fue registrada por una persona identifica como Matías E. Fernández. Sus siglas iniciales conforman al nombre de la empresa (**"Ma" por Matías y "Fer" por Fernández**). Mismo patrón se había observado en el caso de Marmasch, vinculada a Mariela Marisa Schmalz ("Mar" por Mariela, "Ma" por Marisa y "Sch" por Schmalz).

PUBLICIDAD

| | | | | |
|---|---|---|---|---|
| ⌂ | 88 | 🥗 | ◠ | ⚲ |
| Inicio | Secciones | Foodit | Club LN | Ingresar |

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER



Matías Esteban Fernández constituyó en la Argentina la sociedad anónima Sfera Global Sports.

LA NACION ya había revelado la existencia de **W Trading**, donde aparecía el argentino **Matías Esteban Fernández,** un hombre de 45 años, que fue empleado municipal en Lanús, figuró como monotributista, y hasta figura como beneficiario de una AUH.

PUBLICIDAD

Inicio    Secciones    Foodit    Club LN    Ingresar

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

Entre noviembre de 2022 y septiembre de 2023, W Trading recibió trece transferencias de TourProdEnter por un total de **US$2,3 millones**. La firma se cerró en septiembre de 2024. Tres meses antes ya se había creado Mafer Trading, según documentos comerciales.

Al igual que las cuatro sociedades que recibieron US$ 42 millones (Marmasch LLC, Soagu Services, Velp y Velpasalt), W Trading no registró empleados, ni actividad verificada en Estados Unidos, y declaró como domicilio **la suite 228 del número 1031 de la calle Ives Dairy Road**, en Miami.

PUBLICIDAD

Inicio    Secciones    Foodit    Club LN    Ingresar

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L18000234629

**Entity Name:** W TRADING LLC

**Current Principal Place of Business:**

1031 IVES DAIRY ROAD
SUITE 22810
MIAMI, FL 33179

**Current Mailing Address:**

1031 IVES DAIRY ROAD
SUITE 22810
MIAMI, FL 33179 US

**FEI Number:** 35-2643346

**Name and Address of Current Registered Agent:**

BUSINESS FILINGS INCORPORATED
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

**FILED**
May 23, 2023
Secretary of State
3173652279CC

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:    MARK WILLIAMS                         05/23/2023

              Electronic Signature of Registered Agent                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MEMBER |
| Name | FERNANDEZ, MATIAS ESTEBAN |
| Address | 1031 IVES DAIRY ROAD   SUITE 22810 |
| City-State-Zip: | MIAMI FL 33179 |

La empresa W Trading se constituyó en 1031 Ives Dairy Road.

Otra empresa que aparece en los registros bancarios es **Ikane Inc,** registrada en la suite 450 de un edificio de oficinas ubicado en 8333 NW 53 Street, en la ciudad de Doral, el mismo lugar donde se crearon las "gemelas" Seriva y Delker. **Las tres fueron disueltas el mismo día: el 9 de enero de 2025.**

Pero hay más datos sospechosos. Los giros de dinero desde TourProdEnter a esas tres firmas coinciden en cuatro fechas, del 1 al 4 de abril de 2024. En ocasiones

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

de abril, a las 10:46 fue el turno de Ikane; a las 10:49, el de Delker; y a las 10:51, el de Seriva.



En 8333 NW 53rd St funciona un edificio de oficinas.
Resaltado Post / Collage

Ikane recibió transferencias desde tres cuentas de la empresa de Faroni: Bank of America, Synovus y City Bank. **En total almacenó US$1.180.700.**

LA NACION intentó contactarse con representantes de Ikane Inc, a través de un correo electrónico publicado en la página web de la empresa, pero nadie respondió al momento de publicación de este artículo.

## Los US$50 millones

De las nuevas empresas fantasma de Miami detectadas hasta ahora, la que más fondos absorbió del presunto desvío es Velpasalt: **US$14,7 millones**. Al igual

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

de la primera publicación de LA NACION sobre los giros de dinero de TourProdEnter.

Roberto Salice era el titular de Velpasalt. Entre sus antecedentes, aparece una quiebra en 2019 declarada por un juez comercial que le impuso tener que pedir autorización para salir del país y remitió al fuero penal las actuaciones ante la "presunción de fraude", según consta en las probanzas judiciales que analizó LA NACION.

La pareja de Salice, Verónica López, figuraba como mánager de Velp, una firma que recibió US$3 millones.



Roberto Salice creó Velp LLC

Esta historia también guarda conexión con otra pareja. Ese el caso de Mariela Schmalz, quien figuraba como manager de Marmasch, una empresa que recibió

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**Ambos trabajaban en el centro de Bariloche.** Él era empleado de una farmacia y ella trabajaba en un local de decoración, a dos cuadras de distancia. Ninguno de los dos volvió a trabajar luego del escándalo.



Ojeda Jara y Schmalz

La quinta empresa fantasma, W Trading LLC, recibió **US$2.297.500** provenientes de TourProdEnter. Las transferencias coincidieron ocho veces con

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

LA NACION reveló el domingo pasado la existencia de las empresas "gemelas", Delker y Seriva, destinatarias de US$4,7 millones. Ambas fueron creadas y disueltas los mismos días, compartieron domicilio y sus sitios webs parecen clonados.

La aparición de **Mafer Trading** e **Ikane** termina de configurar un rompecabezas de nueve LLC, todas creadas en tres direcciones de Miami. En total recibieron **US$51,4 millones.** Era dinero de la AFA. Las pruebas están en manos de la Justicia.

Por **Nicolás Pizzi** e **Ignacio Grimaldi**

AFAGate   •   Corrupción

Conforme a  [T] **The Trust Project**  >

PUBLICIDAD

## Otras noticias de AFAGate



Inicio      Secciones      Foodit      Club LN      Ingresar

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER



**Nuevos videos.** El jenga de billetes y el circuito por la City del dinero de la Rosadita de la AFA



**AFAGate.** Apareció otra cuenta de Javier Faroni en EE.UU. que desvió más de US$3 millones a cinco sociedades fantasma

Inicio    Secciones    Foodit    Club LN    Ingresar

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**"Igualdad ante la Ley".** El Colegio de Abogados porteño le contestó al comunicado de Chiqui Tapia

## Últimas Noticias

EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER

**"Parecía King Kong".** Olmos cuestionó a Milei e instó al peronismo a crear una alternativa económica con orden fiscal



**"Hoy está acá".** Bullrich destacó la liberación de Nahuel Gallo



# ¿Enemigos estratégicos? Milei y los nuevos laberintos de su reformismo anticasta


Suscriptores

**Ahora para comentar debés tener Acceso Digital.**

Iniciar sesión o suscribite

INICIAR SESIÓN      SUSCRIBITE

# LA NACION

   

 

© Copyright 2026 SA LA NACION | Todos los derechos reservados. Dirección Nacional del Derecho de Autor DNDA - EXPEDIENTE DNDA (renovación) RL-2023-95334553-APN-DNDA#MJ.
Queda prohibida la reproducción total o parcial del presente diario.

**Protegido por reCAPTCHA:**

Condiciones     Privacidad

Miembro de GDA. Grupo de Diarios América



    Inicio      Secciones      Foodit      Club LN      Ingresar



EXHIBIT 7 TO MOTION FOR PROTECTIVE ORDER