# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**IN RE PETITION OF GUILLERMO LUIS TOFONI FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

Case No. 4:25-cv-00313-CDL

**DECLARATION OF FRANCISCO CASTEX IN SUPPORT OF OPPOSITION TO TOURPRODENTER LLC'S MOTION FOR PROTECTIVE ORDER**

I, Francisco Castex, declare under penalty of perjury as follows.

1. I previously submitted a declaration dated October 6, 2025 in this proceeding in support of Mr. Tofoni's application for judicial assistance pursuant to 28 U.S.C. § 1782. As I stated in that declaration, I am an attorney admitted to practice in the Argentine Republic and part of the legal team representing Guillermo Tofoni in the civil proceedings currently pending in Argentina (the "Argentine Civil Proceeding") against the Asociación del Fútbol Argentino ("AFA"). I submit this declaration based on my personal knowledge and review of the record in that matter.

2. The Argentine Civil Proceeding is ongoing. The evidence obtained through discovery in the United States pursuant to 28 U.S.C. § 1782 has not yet been introduced in that proceeding because it has not been the appropriate time to do so. However, Mr. Tofoni's legal team continues to intend to use the evidence for the purposes explained in my first declaration.

3. At the time Mr. Tofoni requested discovery under 28 U.S.C. § 1782, it was not our legal team's intention – and I do not understand it to have been Mr. Tofoni's intention either – to initiate criminal proceedings in Argentina. However, the documents obtained from the respondent banks suggested that the relevant accounts had been used for substantial criminal activity. Mr. Tofoni felt compelled to bring this matter to the attention of the Argentine authorities including by filing

1

a criminal complaint for fraudulent administration and conspiracy on December 30, 2025, against four individuals, the principals of Tourprodenter, Mr. Javier Faroni and Ms. Erica Gillette, and AFA's President and Treasurer, respectively Mr. Claudio Tapia and Mr. Pablo Toviggino.

4.  Criminal Case No. 66191/2025, pending in the Juzgado Nacional Criminal y Correccional No. 11 is adjudicative in nature. Under Argentine law, victims of crimes may initiate criminal proceedings, to which they then become parties in a role parallel to the prosecutor. The complaining victim is referred to as the complainant. The complainant has the right to take and present evidence, present argument, and appeal the court's rulings. Not all complaints are accepted by the court, who has the authority to reject victims' complaints or to conduct a formal investigation, which may then lead to further criminal processes.

5.  In this case, the court accepted Mr. Tofoni's complaint and recognized him as a complainant. He was permitted to submit evidence, and to take evidence from the defendants and witnesses.  Mr. Tofoni will continue to have opportunities to present relevant evidence as the case proceeds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of April, 2026.

FRANCISCO J. CASTEX
ABOGADO
C.P.A.C.F. Tº 61 Fº 355
C.A.L.P. Tº 46 Fº 197

Francisco Castex

2