# EXHIBIT "2"

# Corruption at the AFA: Javier Faroni's company owns the luxury jet used by "Chiqui" Tapia

- **TourProdEnter LLC purchased the Gulfstream G400 for $6 million in August 2023 and registered it in the tax haven of San Marino under the registration number T7-SUE. They then designated a Paraguayan company as the operator. Payment was made in seven installments. The aircraft was also used by AFA's Treasurer, Pablo Toviggino.**



The company owned by Faroni and his wife Gillette, TourProdEnter LLC, purchased the luxury jet used by Tapia for $6 million



Federico
Teijeiro

04/04/2026 5:28 PM

Until now, the mystery remained as to who owns the Gulfstream G400 (model GLF4), registration number T7-SUE, MSN 1522, manufactured in 2003 and registered in San Marino, which **was used almost exclusively by the President of the Argentine Football Association (AFA), Claudio Fabián "Chiqui" Tapia, and also by Pablo Ariel Toviggino**, the organization's right-hand man and treasurer.

The plane was registered in 2023, in one of five countries with no airport and, more importantly, with no public records. On top of that, they requested that tracking be blocked on tracking apps such as FlightRadar24 and AirNav Radar. What's striking is that they took the trouble of contacting more than seven companies providing the service. The aircraft was nearly undetectable.

According to **Clarín**'s investigation, published in mid-December, the plane registered in San Marino flew at the request of the AFA's President between August 2023 and February 2025.

But even the deepest secrets eventually come to light. The Gulfstream G400 aircraft, model GLF4, MSN 1522, model manufactured in 2003, which was previously registered in the United States as N251DV, N522GA, N854SD, N232ZK, and N973LL**, was purchased by TourProdEnter LLC, owned by Javier Horacio Faroni and his wife, Erica Gabriela Gillette, for $6 million in August 2023, and registered in San Marino with registration number T7-SUE.**

Using aviation and documentary sources, **Clarín** reconstructed how Faroni and his wife, Gillette, purchased the luxury jet, registered it in San Marino, and **designated a Paraguayan company as the aircraft's operator.**

**How TourProdEnter LLC acquired the aircraft**

In the world of private aviation, especially in the United States and Europe, a so-called escrow account is practically mandatory. Acquiring an aircraft, whether new or used, is not like buying a car; the amounts involved run into the millions, the regulations are international, and there are many potential legal "pitfalls" to navigate. In other words, the escrow agent acts as the heart of the transaction.

The buyer, TourProdEnter LLC, submitted a Letter of Intent (LOI), which is the formal offer. This document detailed the proposed price, the amount of the security deposit, and the main terms of the sale. With both parties in agreement, a contract was signed that, among other things, established an exclusivity period to proceed with the transaction.

TourProdEnter LLC and the seller selected Insured Aircraft Title Service (IATS), one of the oldest and largest firms in the world, which specializes specifically in title management and escrow services for the aviation industry. The company was founded in 1963 and is headquartered in Oklahoma City, near the Federal Aviation Administration (FAA) aircraft registry, the capital of the state of the same name.



Insured Aircraft Title Service (IATS) is a global leader in aircraft title and escrow services, with over 60 years of experience. They do nothing else.

For 63 years, IATS has specialized in providing legal and financial security to the aviation industry. Its primary purpose is to act as a neutral and professional third party to facilitate the purchase, sale, and financing of aircraft worldwide. Thanks to its track record and strategic location, the company ensures efficient title transfers and document registration in compliance with national and international regulations.

Their services include comprehensive escrow account management (security deposits) for the safekeeping of funds and documents, conducting title searches to ensure that aircraft are free of liens, and the official filing of documents with authorities, such as the FAA or other international registration bodies.



All services provided by Insured Aircraft Title Service (IATS) revolve around the purchase and sale of aircraft.

Subsequently, IATS opened an escrow account. Faroni and Gillette, owners of the purchasing company, had to make a deposit—typically ranging from 5% to 10% of the total transaction value—which remained in IATS's custody until closing. **This occurred on February 24, 2023, when TourProdEnter LLC made an initial transfer of half a million dollars.**

IATS then conducted a thorough investigation of the FAA records and the international registry (if applicable) to verify that the aircraft had no liens, outstanding debts, or legal issues that would prevent the transfer.

Subsequently, the aircraft was transferred to an independent maintenance facility for a detailed technical inspection, known as a Pre-Purchase Inspection (PPI). During this inspection, the condition of the fuselage, engines, and avionics was assessed, and the logbooks were methodically reviewed to confirm compliance with all airworthiness directives. If any undisclosed mechanical defects had been discovered, Faroni and Gillette could have renegotiated or withdrawn with their money intact, but that did not happen.

Following the inspection, any discrepancies identified were addressed by the parties, who negotiated responsibility. Once resolved, the Technical Acceptance and Aircraft Purchase Agreement was signed, and the final contract was legally binding the buyer and seller to complete the sale.

To proceed with the closing and registration of the aircraft, TourProdEnter LLC had to deposit the remaining balance into the escrow account created by IATS, to which Faroni and Gillette's company sent the half million dollars on February 24, 2023.

The remaining balance **was paid in seven transfers: on April 4 and 5, 2023, they sent $1,000,000 and $500,000, respectively. On June 8, they deposited another million dollars. In July, specifically on the 21st, 26th, and 31st, they transferred $1,000,000 on each occasion.** The final transfer of $6,000 was made on August 7, 2023, for a total of $6,006,000.



Some of the transfers from TourProdEnter LLC to IATS for the purchase of the aircraft.

The evidence was recorded in five of the eight bank transfer receipts that TourProdEnter LLC issued from their Synovus Bank account to IATS.

In the document, the field labeled OBI was filled in with: "GULFTREAM G40 N973LL" and "G400N973LL." OBI stands for Originator-to-Beneficiary Information. This text field is used in electronic transfers (*wires*) and allows the sender to include a message or reference so that the recipient knows exactly why they are receiving the money.



Receipt for one of the transfers from TourProdEnter LLC to IATS, where the aircraft reference was included.

The document is part of the confidential records obtained from five banks that were subject to a "discovery" order by the U.S. courts, that is, the mandatory disclosure of information that would otherwise remain confidential and secret, at the request of businessman Guillermo Tofoni.

For its part, the seller sent the aircraft documents to IATS, which ensured that the funds would only be released once the title of ownership had been legally transferred and was free of liens.

Once receipt of the funds and documents was confirmed, IATS proceeded to electronically send the bill of sale and, if applicable, the registration application to the FAA. However, the

registration number N973LL was removed from the FAA's records because it was registered in San Marino, where it obtained the registration T7-SUE. At the very moment the sale was executed, IATS transferred the funds to the seller.



The T7-SUE preparing to take off from Saint-Etienne Loire Airport, France, on July 15, 2024.

FAA public records show that, in 2023, the aircraft registered as N973LL was a Gulfstream G400, model GLF4, 2003 model year, and MSN 1522. This is the same serial number as the T7-SUE subsequently registered in San Marino. In other words, the same aircraft.

**AviationDB**

**N973LL**

free information from AviationDB for aircraft registration number N973LL. Can include other aircraft with the same tail or N number, sales and ownership history, FAA and NTSB accident re

Run Query for N973LL

Aircraft has been Deregistered, exported to SAN MARINO

| | | | |
|---|---|---|---|
| Last Action Date | 2023-08-18 | Cancel Date | 2023-08-23 |
| Airworthiness Date | | Expiration Date | |
| Manufacturer_Name | GULFSTREAM AEROSPACE | Model Name | G-IV (G400) |
| | | | |
| Registrant Name | SALE REPORTED | | |
| Registrant City | XXX | Registrant State | OK |
| Registrant Zip Code | 73125 | Country | UNITED STATES |
| Region | Unknown | Registrant Type | Individual |
| Fract Owner | | Certificate Issue Date | |
| Status | Sale reported | | |
| | | | |
| Serial Number | 1522 | Aircraft Type | Fixed wing multi engine |
| Mode S Code | 53307717 | Year Mfr | 2004 |
| Aircraft Category | Land | Builder Certification | Type Certificated |
| Number Engines | 2 | Number Seats | 22 |
| Aircraft Weight | CLASS 3 | Aircraft Cruising Speed | 0 |
| Airworthiness Classification | Standard | Approved Operation Codes | |
| | | | |
| Engine Manufacturer | ROLLS-ROYC | | |
| Engine Model Name | TAY 611SER | Engine Type | |
| Engine Horsepower/Thrust | 12450 | Fuel Consumed | 124.50 |

There are 3 history/sale(s) records for this tail number

N973LD                                      N973LL                                      N973LT

FAA record of the Gulfstream G400, model GLF4, MSN 1522, from 2003, when it was registered as N973LL.

In the transaction, IATS acted as a "specialized notary and agency," a neutral third party—essentially a combination of a broker and an agent—which also served as a financial security mechanism, as it held the transaction funds in escrow until all conditions agreed upon between TourProdEnter LLC and the seller were met.

Generally, the cost of the escrow agent, in this case, IATS, is split equally between the buyer and the seller, as both benefit from the security it provides.

According to several national and international aviation sources, "for a 2003 Gulfstream G400, model GLF4, one must budget between US$80,000 and US$150,000 for professional fees. This includes the broker, escrow, legal paperwork, and inspection," explained one of the sources consulted. "The costs vary because they depend on the transaction amount—that is, the aircraft, the intermediary company, and other factors—but generally hover around those figures," specified a specialist who works in the U.S. aircraft market.

A little over two weeks later, more precisely on August 23, 2023, **the company Paraguay Logistic Services SA was registered as the operator of the Gulfstream G400, model GLF4, MSN 1522, model year 2003, but now with registration number T7-SUE.**

**The operator, costs, and flights of T7-SUE**

As **Clarín** revealed in January, in several records consulted, the T7-SUE was listed as being managed by the company Paraguay Logistic Services SA, with offices in Asunción, Paraguay, and, according to its website, with a subsidiary in Argentina.

Leopoldo Pablo Perrier Musis is the President of Paraguay Logistic Services SA, the company that operated the aircraft registered in San Marino, which was dispatched at Tapia's request and on which Toviggino also traveled.



Leopoldo Pablo Perrier Musis, President of Paraguay Logistic Services SA, the company that operated the T7-SUE from the time of its purchase until July 2025.

The transfers from TourProdEnter LLC to the companies linked to Perrier Musis (Paraguay Logistic Services SA, PLS Logistic LLC, Lusain LLC, and Sport Business Invest LLC) are now better understood; together, these companies received a total of US$12,015,506 in 36

transfers, some of them on the same day, between September 26, 2023, and November 28, 2025—a period of just over two years.



Public document from the state of Florida, United States, where Perrier Musis was registered as Manager of PLS Logistic LLC.

However, it was particularly striking that Paraguay Logistic Services SA, a company that claims to be "specialized in the export of oils and other agro-industrial products derived from plant and animal sources," made three transfers to TourProdEnter LLC: on April 18, 2023, for US$2,835,000, and on May 10 and 19, 2023, for US$1,350,000; a total of US$5,535,000.



Paraguay Logistic Services SA, the oil exporter that operated T7-SUE.

In addition, TourProdEnter LLC made two payments to Gulfstream Aerospace Corp on November 9 and 10, 2023, both for US$195,893 (a total of US$391,786). According to a specialist in the executive aviation sector, that amount would correspond to the aircraft's full annual maintenance or spare parts. "It's almost certainly spare parts. What's striking is that they broke it down into two invoices, which were paid one day apart," noted another source consulted.

And TourProdEnter LLC made several payments to companies linked to the aviation operation, such as: Jet Support Services (US$944,615), Banyan Air Services (US$778,618), and Pratt & Whitney (US$463,727), among others. Several of these payments may have been for the Gulfstream G400, model GLF4, MSN 1522, registration number T7-SUE.

Faroni and Gillette not only purchased the aircraft, but also made payments to the operator and to several companies linked to the president of that company, which were very likely used to cover part of the aircraft's maintenance, costs, and flights, on the vast majority of which Tapia was on board. However, he was not the only one.

Regarding the flights, for example, a little less than a month after TourProdEnter LLC acquired the aircraft, on September 20, 2023, **Tapia traveled on the T7-SUE to Seville, Spain, where he received an award for the AFA's commitment to the fight for gender equality and the development of women's soccer in Argentina,** as part of the seventh edition of the World Football Summit Europe (WFS Europe).

In addition, the T7-SUE made several flights to Spain, from Argentina to Madrid, Ibiza, and Málaga (the destination airport for those traveling to Marbella), to name two examples. It is worth noting that TourProdEnter LLC paid US$76,000 to rent a villa in Ibiza, where it also spent US$60,000 to charter a yacht.



The T7-SUE at Barajas Airport, Madrid, on September 12, 2024.

Another example. On November 28, 2025, TourProdEnter LLC made two transfers to PLS Logistic LLC, a company linked to Perrier Musis. In one of them, for US$275,000, the reference "February 10 flight to the U.S." was noted.

Meanwhile, Toviggino used it on nine occasions, as revealed **by Clarín** in mid-January. The first time was on September 13, 2023, when he left the country bound for Cabo Verde. That

year, he also visited Uruguay using the aircraft. In 2024, the AFA Treasurer used the T7-SUE to travel to Antigua and Barbuda, the Netherlands, and Mexico.

In June 2025, the aircraft was transferred to Fort Lauderdale-Hollywood International Airport in Florida, United States. It remained inactive between June 29 and August 12, when it departed for San Fernando International Airport and then on to Aruba, the small Dutch Caribbean island off the coast of Venezuela. Two days later, it continued on to Fort Lauderdale-Hollywood International Airport, followed by a leg to Grand Junction Regional Airport in Mesa County, Colorado, United States.

In July 2025, the T7-SUE was re-registered in the country as LV-SYG and, since then, has been operated by "Servicios y Emprendimientos Aeronáuticos SA," better known as "Flyzar," the company owned by Gustavo Fernando Carmona. The same company manages the Bell 429 GlobalRanger helicopter, registration number LV-FKY, which made at least 60 trips to the Villa Rosa mansion in Pilar between May and November 2025.

The luxury aircraft T7-SUE was purchased with AFA funds through TourProdEnter LLC, the collection agent, and made available almost exclusively to "Chiqui" Tapia, as well as used by his right-hand man, Toviggino. Yet another example of the use of the organization's resources to sustain a private luxury scheme that, with each passing day, has fewer places to hide.



morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/04/10

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:

- 'Tourprodenter - Article for translation.docx'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."



Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

# Corrupción en la AFA: la empresa de Javier Faroni es la dueña del avión de lujo que usó el "Chiqui" Tapia

- **TourProdEnter LLC compró el Gulfstream G400 por USD 6 millones, en agosto de 2023, y la registró en el paraíso fiscal de San Marino, con la matrícula T7-SUE. Y luego pusieron como operador a una empresa paraguaya. Se pagó en siete transferencias. La nave también la usó el tesorero de la AFA, Pablo Toviggino.**



La empresa de Faroni y su esposa Gillette, TourProdEnter LLC, compró por US$ 6 millones el avión de lujo que usó Tapia



[Federico Teijeiro](#)

04/04/2026 17:28

Hasta ahora, continuaba el misterio acerca de quién es el dueño del Gulfstream G400, modelo GLF4, matrícula T7-SUE, MSN (número de serie, por sus siglas en inglés): 1522, de 2003, registrado en San Marino, que **usó casi exclusivamente el presidente de la Asociación del Fútbol Argentino (AFA), Claudio Fabián "Chiqui" Tapia y, también, Pablo Ariel Toviggino**, mano derecha y tesorero de la organización.

El avión fue inscripto en 2023 en uno de los cinco países sin aeropuerto y, más importante aún, sin registros públicos. A esto hay que sumarle que solicitaron el bloqueo del seguimiento en las aplicaciones de rastreo como, por ejemplo, FlightRadar24 y AirNav Radar. Lo llamativo es que se tomaron el trabajo de contactar a más de siete empresas que brindan el servicio. La aeronave era casi indetectable.

De acuerdo con la investigación de **Clarín**, que fue publicada a mediados de diciembre, entre agosto de 2023 y febrero de 2025, el avión registrado en San Marino voló a requerimiento del presidente de la AFA.

Pero hasta el secreto más alto termina por tocar tierra. La aeronave Gulfstream G400, modelo GLF4, MSN 1522, modelo 2003, que estuvo registrada anteriormente en Estados Unidos como N251DV, N522GA, N854SD, N232ZK y N973LL fue comprada por **TourProdEnter LLC, de Javier Horacio Faroni y su esposa, Erica Gabriela Gillette, por USD 6 millones, en agosto de 2023, y registrada en San Marino, con la matrícula T7-SUE.**

A través de fuentes aeronáuticas y documentales, **Clarín** reconstruyó cómo Faroni y su esposa, Gillette, compraron el avión de lujo, lo registraron en San Marino y **pusieron a una empresa de Paraguay como operador de la aeronave.**

**Cómo TourProdEnter LLC adquirió el avión**

En el mundo de la aeronáutica privada, especialmente en Estados Unidos y Europa, una llamada cuenta escrow es prácticamente obligatoria. Adquirir un avión, nuevo o usado, no es como comprar un automóvil; los montos ascienden a varios millones de dólares, la regulación es internacional y hay muchas potenciales "trampas" legales que sortear. En otras palabras, el agente *escrow* actúa como el corazón de la operación.

El comprador, TourProdEnter LLC, presentó una Carta de Intención (LOI, por sus siglas en inglés), que es la oferta formal. En esta se detalló el precio propuesto, el monto del depósito en garantía y las condiciones principales de la venta. Como ambas partes estuvieron de acuerdo, se firmó un contrato en el que, entre otras cuestiones, se estableció un periodo de exclusividad para avanzar con la operación.

TourProdEnter LLC y el vendedor eligieron a Insured Aircraft Title Service (IATS), una de las firmas más antiguas y grandes del mundo, que se dedica específicamente a la gestión de títulos de propiedad y servicios *escrow* para la industria de la aviación. La compañía fue fundada en 1963 y tiene su sede en la ciudad de Oklahoma -cerca del registro de aeronaves de la Federal Aviation Administration (FAA)-, capital del estado homónimo.



Insured Aircraft Title Service (IATS) es una empresa líder a nivel mundial en servicios de titularidad de aeronaves y depósitos en garantía, con más de 60 años de experiencia. No se dedican a otra cosa.

Desde hace 63 años, IATS se especializa en brindar seguridad jurídica y financiera a la industria de la aviación. Su objeto principal es actuar como un tercero neutral y profesional para facilitar la compra, venta y financiación de aeronaves en todo el mundo. Gracias a su trayectoria y ubicación estratégica la empresa garantiza que la transferencia de títulos y el registro de documentos se realicen de manera ágil y de acuerdo con las normativas nacionales e internacionales.

Sus servicios abarcan la gestión integral de cuentas de *escrow* (depósito en garantía) para el resguardo de fondos y documentos, la realización de búsquedas de títulos para asegurar que las aeronaves estén libres de gravámenes, y la presentación oficial de documentos ante autoridades como la FAA u otros organismos registrales internacionales.



Todos los servicios que brinda Insured Aircraft Title Service (IATS) giran en torno a la compra y venta de aeronaves.

A continuación, IATS abrió una cuenta de "depósito en garantía (*escrow*)". Faroni y Gillette, dueños de la empresa compradora, tuvieron que realizar un depósito que, usualmente oscila entre el 5% y el 10% del valor total de la operación, que quedó bajo custodia de IATS, hasta el cierre de la transacción. **Esta se realizó el 24 de febrero de 2023, cuando TourProdEnter LLC realizó la primera transferencia, por medio millón de dólares.**

Luego, IATS llevó a cabo una investigación exhaustiva en los registros de la FAA y en el registro internacional (si aplica), para verificar que el avión no tuviera embargos, deudas pendientes o problemas legales que impidiesen la transferencia.

Después, la aeronave fue trasladada a un centro de mantenimiento independiente, para una revisión técnica detallada, denomina Inspección de Pre-compra (PPI, por sus siglas en inglés). En esta se evaluó el estado del fuselaje, motores, aviónica y se revisaron meticulosamente los libros de registro (*logbooks*, en inglés), para confirmar que se cumplió con todas las directivas de aeronavegabilidad. Si se hubieran descubierto fallas

mecánicas no declaradas, Faroni y Gillette pudieron renegociar o retirarse con su dinero intacto; pero eso no sucedió.

Tras la inspección, y en caso de haber encontrado discrepancias, las partes negociaron quién se hacía cargo. Una vez resuelto, se firmó la Aceptación Técnica y Contrato de Compraventa (*Aircraft Purchase Agreement*, en inglés), que es el contrato definitivo, que obligó legalmente al comprador y vendedor a completar la venta.

Para proceder al cierre y registro del avión, TourProdEnter LLC tuvo que depositar el saldo restante en la cuenta *escrow*, creada por IATS y en donde la sociedad de Faroni y Gillette enviaron el medio millón de dólares, el 24 de febrero de 2023.

El remanente **se canceló en siete transferencias: 4 y 5 de abril de 2023 enviaron US$ 1.000.000 y US$ 500.000, respectivamente. El 8 de junio, depositaron otro millón de dólares. En julio, más precisamente el 21, 26 y 31, transfirieron US$ 1.000.000 en cada ocasión**. El último giro se produjo el 7 de agosto de 2023, por US$ 6.000. En total US$ 6.006.000.



Algunas de las transferencias de TourProdEnter LLC a IATS, por la compra de la aeronave.

La prueba quedó registrada en cinco de los ocho comprobantes de las transferencias bancarias que TourProdEnter LLC efectuó, desde su cuenta en el Synovus Bank, a IATS.

En el documento, en el campo denominado OBI se completó: "GULFTREAM G40 N973LL" y "G400N973LL". El OBI significa Información del Emisor al Beneficiario (*Originator-to-Beneficiary Information*, en inglés). Este espacio de texto es utilizado en transferencias electrónicas (*Wires*, en inglés) y permite al emisor incluir un mensaje o referencia para que el receptor sepa exactamente por qué recibe ese dinero.



Comprobante de una de las transferencias de TourProdEnter LLC a IATS, donde se adjunto la referencia del avión.

El documento es parte de los registros confidenciales que fueron obtenidos de cinco bancos a los que la Justicia de Estados Unidos les impuso un "discovery", es decir, la entrega obligatoria de información que de otro modo se mantendría reservada y secreta por pedido del empresario Guillermo Tofoni.

Por su parte, el vendedor le envió los documentos de la aeronave a IATS, quien se aseguró que los fondos solo se liberen cuando el título de propiedad se haya transferido legalmente y sin gravámenes.

Una vez confirmada la recepción de los fondos y documentos, IATS procedió a enviar electrónicamente el formulario de factura de venta (*bill of sale*, en inglés) y, si hubiera correspondido, la solicitud de registro a la FAA. Sin embargo, se dio de baja la matrícula N973LL de los registros de la FAA, porque fue inscripta en San Marino, donde obtuvo la matrícula T7-SUE. En el mismo instante que fue suscrita, IATS le transfirió los fondos al vendedor.



El T7-SUE a punto de despegar del Aeropuerto de Saint-Etienne Loire, Francia, el 15 de julio de 2024.

Los registros públicos de la FAA muestran que, en 2023, la aeronave matriculada N973LL era un Gulfstream G400, modelo GLF4, modelo 2003 y MSN 1522. Mismo número de serie que el T7-SUE registrado posteriormente en San Marino. En otras palabras, el mismo avión.

**AviationDB**

**N973LL**

free information from AviationDB for aircraft registration number N973LL. Can include other aircraft with the same tail or N number, sales and ownership history, FAA and NTSB accident rep

Run Query for N973LL

**Aircraft has been Deregistered, exported to SAN MARINO**

| | | | |
|---|---|---|---|
| Last Action Date | 2023-08-18 | Cancel Date | 2023-08-23 |
| Airworthiness Date | | Expiration Date | |
| Manufacturer_Name | GULFSTREAM AEROSPACE | Model Name | G-IV (G400) |
| | | | |
| Registrant Name | SALE REPORTED | | |
| Registrant City | XXX | Registrant State | OK |
| Registrant Zip Code | 73125 | Country | UNITED STATES |
| Region | Unknown | Registrant Type | Individual |
| Fract Owner | | Certificate Issue Date | |
| Status | Sale reported | | |
| | | | |
| Serial Number | 1522 | Aircraft Type | Fixed wing multi engine |
| Mode S Code | 53307717 | Year Mfr | 2004 |
| Aircraft Category | Land | Builder Certification | Type Certificated |
| Number Engines | 2 | Number Seats | 22 |
| Aircraft Weight | CLASS 3 | Aircraft Cruising Speed | 0 |
| Airworthiness Classification | Standard | Approved Operation Codes | |
| | | | |
| Engine Manufacturer | ROLLS-ROYC | | |
| Engine Model Name | TAY 611SER | Engine Type | |
| Engine Horsepower/Thrust | 12450 | Fuel Consumed | 124.50 |

There are 3 history/sale(s) records for this tail number

N973LD                                   N973LL                                   N973LT

Registro del archivo de la FAA del Gulfstream G400, modelo GLF4, MSN 1522, de 2003, cuando estuvo matriculado como N973LL.

En la operación, IATS funcionó como una "notaría y gestoría especializada", un tercero neutral -algo así como una combinación de bróker y gestor-, que también actuó como un mecanismo de seguridad financiera, ya que custodió los fondos de la transacción, hasta que se cumplieron todas las condiciones acordadas entre TourProdEnter LLC y el vendedor.

Generalmente, el costo del agente de *escrow*, en este caso IATS, se divide en partes iguales entre el comprador y el vendedor; ya que ambos se benefician de la seguridad que brinda.

De acuerdo con varias fuentes aeronáuticas nacionales e internacionales, "para un Gulfstream G400, modelo GLF4, de 2003, hay que presupuestar entre US$ 80 y 150 mil en gastos profesionales. Esto incluye bróker, *escrow*, trámites legales e inspección", explicó una de las fuentes consultadas. "Los costos son variables, porque depende del monto de la operación, o sea, de la aeronave, la empresa que haga de intermediaria, entre otros

factores. Pero, en general, rondan esos valores", especificó un especialista, quien trabaja en el mercado de aeronaves en Estados Unidos.

Un poco más de dos semanas después, más precisamente el 23 de agosto de 2023, **se registró a la compañía Paraguay Logistic Services SA como el operador del Gulfstream G400, modelo GLF4, MSN 1522, modelo 2003, pero ahora con matrícula T7-SUE.**

**El operador, los costos y los vuelos del T7-SUE**

Como reveló **Clarín** en enero, en varios registros consultados, el T7-SUE figuraba administrado por la empresa Paraguay Logistic Services SA, con oficinas en Asunción, Paraguay y, de acuerdo con su sitio web, con una filial en Argentina.

Leopoldo Pablo Perrier Musis es el presidente de Paraguay Logistic Services SA, empresa que operaba el avión matriculado en San Marino y que se trasladó a requerimiento de Tapia y en el que también viajó Toviggino.



Leopoldo Pablo Perrier Musis, presidente de Paraguay Logistic Services SA, la empresa que operó el T7-SUE, desde su compra, hasta julio de 2025.

Ahora se entienden mejor las transferencias de TourProdEnter LLC a las sociedades vinculadas a Perrier Musis (Paraguay Logistic Services SA, PLS Logistic LLC, Lusain LLC y Sport Business Invest LLC) que, entre todas, recibieron un total de US$ 12.015.506, en 36 transferencias, algunas de ellas el mismo día, entre el 26 de septiembre de 2023 y el 28 de noviembre de 2025, un poco más de dos años.



Documento público del estado de Florida, Estados Unidos, donde se registró a Perrier Musis como Manager de PLS Logistic LLC.

No obstante, resultó muy llamativo que Paraguay Logistic Services SA, una compañía que declara ser "especializada en la exportación de aceites y otros productos agroindustriales derivados de fuentes vegetales y animales", realizara tres transferencias a TourProdEnter LLC: el 18 de abril de 2023, por US$ 2.835.000 y el 10 y 19 de mayo de 2023, por US$ 1.350.000; un total de US$ 5.535.000.



Paraguay Logistic Services SA, la exportadora de aceites, que operó el T7-SUE.

A esto hay que sumarle que TourProdEnter LLC efectuó dos giros a Gulfstream Aerospace Corp, el 9 y 10 de noviembre de 2023, ambos por US$ 195.893 (un total de US$ 391.786). De acuerdo con un especialista del sector de vuelos ejecutivos, ese monto correspondería al mantenimiento anual completo o repuestos del avión. "Casi seguro que son repuestos. Lo llamativo es que lo desglosaron en dos facturas, que se abonaron con un día de diferencia", puntualizó otra fuente consultada.

Y TourProdEnter LLC realizó varios pagos a empresas vinculadas a la operatoria aérea, como por ejemplo: Jet Support Services (US$ 944.615), Banyan Air Services (US$ 778.618) y Pratt & Wittney (US$ 463.727); entre otros. Varios de estos pudieron ser para el Gulfstream G400, modelo GLF4, MSN 1522, matrícula T7-SUE.

Faroni y Gillette no solo compraron el avión, sino que realizaron envíos al operador y, también, a varias empresas vinculadas al presidente de esa compañía que, muy posiblemente, se utilizaron para costear parte de los mantenimientos, costos y vuelos de la aeronave en los que, en la gran mayoría de las oportunidades estuvo Tapia a bordo. Sin embargo, no fue el único.

Con respecto a los vuelos, por ejemplo, un poco menos de un mes después de que TourProdEnter LLC adquirió la aeronave, el 20 de septiembre de 2023, **Tapia viajó en el T7-SUE a Sevilla, España, donde recibió una distinción por el compromiso de la AFA con la lucha de la equidad de género y el desarrollo del fútbol femenino en Argentina,** en el marco de la séptima edición de la World Football Summit Europe (WFS Europe).

Además, el T7-SUE realizó varios vuelos a España, desde Argentina a Madrid, Ibiza y Málaga (aeropuerto de destino para quienes van a Marbella), por mencionar dos ejemplos. Recordemos que TourProdEnter LLC pagó US$ 76.000 para rentar una villa en Ibiza, donde también desembolsó US$ 60.000 para el alquiler de un yate.



El T7-SUE en Barajas, Madrid, el 12 de septiembre de 2024.

Otro ejemplo. El 28 de noviembre de 2025, TourProdEnter LLC le realizó dos transferencias a PLS Logistic LLC, sociedad vinculada a Perrier Musis. En una de ellas, por US$ 275.000, se dejó consignada la referencia: "Vuelo 10 de febrero EE.UU.".

Por otra parte, Toviggino lo utilizó en 9 oportunidades, según reveló **Clarín** a mediados de enero. La primera vez fue el 13 de septiembre de 2023, cuando salió del país con destino a

Cabo Verde. Ese año también visitó Uruguay en la aeronave. En 2024, el tesorero de la AFA dispuso del T7-SUE para viajar a Antigua y Barbuda, Holanda y México.

En junio de 2025, trasladaron la aeronave al Aeropuerto Internacional de Fort Lauderdale-Hollywood, en Florida, Estados Unidos. Permaneció inactivo entre el 29 de junio y el 12 de agosto, cuando partió con destino al Aeropuerto Internacional de San Fernando y, luego, para Aruba, la pequeña isla del Caribe holandés frente a las costas de Venezuela. Dos días después, continuó hasta el Aeropuerto Internacional de Fort Lauderdale-Hollywood, seguido de un tramo hasta el Aeropuerto Regional de Grand Junction, en el condado de Mesa, en Colorado, Estados Unidos.

En julio de 2025, el T7-SUE, fue rematriculado en el país como LV-SYG y, desde entonces, es operado por "Servicios y Emprendimientos Aeronáuticos SA", más conocida como "Flyzar"; la empresa de Gustavo Fernando Carmona. La misma compañía que administra el helicóptero Bell 429 GlobalRanger, matrícula LV-FKY, que realizó, por lo menos, unos 60 viajes a la mansión de Villa Rosa, Pilar, entre mayo y noviembre de 2025.

El avión de lujo T7-SUE fue adquirido con el dinero de la AFA, a través de TourProdEnter LLC, el agente de cobro, y puesto a disposición, casi exclusiva, del "Chiqui" Tapia y también utilizado por su mano derecha, Toviggino. Otra muestra más del uso de recursos de la organización, para sostener un esquema de lujo privado que, cada día que pasa, tiene menos lugares donde esconderse.