# EXHIBIT "3"

THE NATION   >   Policy

# The hidden plot behind the purchase of the Perugia club with AFA funds: meetings, transfers, and the shadow of "Chiqui" Tapia

Javier Faroni was the public face of an investment group that included financier Juan Martín Molinari; details of the operation; photos, emails and the key to the contracts

April 11, 2026 16:33                                                          ⏱ 8- '



**Nicolás Pizzi**
THE NATION

LISTEN TO NOTE

Negotiations with Faroni for the sale of Perugia lasted six months. During the process, meetings were held in Buenos Aires and Italy.

Case 4:25-cv-00313-CDL   Document 20-3   Filed 04/14/26   Page 3 of 43

| | 41 | |
|---|---|---|

Seguir en

The operation began to take shape in March 2024. In his office, Juan Martín Molinari, one of the founding partners of Adcap, declared in front of two Italian intermediaries: **"I have the buyer." Just two weeks later, in the same place, Javier Faroni,** the theater impresario who had been managing AFA funds since 2021 , appeared on the scene. "Until that moment, we didn't know who Faroni was. Molinari told us that he was one of Tapia's men, and that's why he had won the contract with (the ticketing company) Deportick," Italian businessman **Simone Chiarella,** one of the key players in the scheme, told LA NACION.

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 4 of 43

Perugia, a historic Italian football club, had been up for sale for some time. Before coming to Buenos Aires, the two intermediaries had already met with several Italian businessmen. All of them rejected the offer.

Negotiations with Faroni lasted six months. In addition to Chiarella, **Pierpaolo Triulzi,** a FIFA agent who travels frequently to Argentina, was also involved. Throughout the process, there were meetings in Buenos Aires and Italy, and an intense exchange of emails. From July onward, Faroni spent more time in Perugia than in Argentina. On many of these trips, he was accompanied by his wife, **Erica Gillette** , who manages the company TourProdEnter.

A photo from August 2024, which LA NACION obtained, shows Faroni at the head of a table, his wife, the then owner of Perugia, **Massimiliano Santopadre** , and other people.

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 5 of 43

That dinner took place at Chiarella's house in Panicale, a town 35 kilometers from Perugia. That place became an operational base where lawyers, notaries, and the rest of those involved came and went.

Case 4:25-cv-00313-CDL   Document 20-3   Filed 04/14/26   Page 6 of 43



A dinner in the days leading up to the closing of the deal

gentleness



The workdays at **Chiarella** 's house were long, but there was time for group outings. Another photo was taken at a 5-star hotel in the center of Panicale.

Faroni's wife shows a wine from some local producers.



Faroni and his wife, in the days leading up to closing the deal
gentleness

After much back and forth, a preliminary contract was finally signed. To celebrate, Chiarella prepared a cake decorated with the colors of the Argentine flag and the Griffin, one of the symbols of Perugia, the Italian club that spent thirteen years in Serie A and is now fighting to stay in Serie C.

The purchase was finally completed on **September 7, 2024,** with the signing of a 119-page document, which **LA NACION** obtained . It was the culmination of a lengthy meeting lasting more than five hours at the Biavati notary office in downtown Perugia.

Case 4:25-cv-00313-CDL Document 20-3 Filed 04/14/26 Page 10 of 43

The photos from that day show the club's then-general manager (at the head of the table), Javier Faroni, with the seller, Santopadre, to his left, and the notary, Mario Biavati, across the table. On the table are contracts, folders, a Perugia jersey with the name "Javier" on it, and an Argentinian jersey.

Case 4:25-cv-00313-CDL Document 20-3 Filed 04/14/26 Page 11 of 43





Faroni signs the contract alongside the former owner of Perugia, Massimiliano Santopadre
gentleness

Chiarella, who appears in the documents as a witness to the sale, also recorded the
exact moment of the signing: in a photo, Faroni appears, wearing a black jacket, and

Case 4:25-cv-00313-CDL Document 20-3 Filed 04/14/26 Page 14 of 43

Santopadre is on his left.

After the signing ceremony, the businessman toured the club, posed with the jersey bearing his name, and made sure to break the news to the president of the AFA, Claudio "Chiqui" Tapia. " **He called Tapia right there to let him know that everything had gone well,"** Chiarella confirmed.



Javier Faroni, along with the former owner of Perugia of Italy
X

That wasn't all. The day after the operation, Faroni suggested he wanted to meet with the then-president of the Italian Football Federation, Gabriele Gravina. Triulzi and Santopadre handled the arrangements. **"Faroni made sure Tapia joined the meeting via Zoom,"** Chiarella recalled in an interview with **LA NACION.**

Faroni's official presentation took place on September 15th: the businessman appeared in the VIP box with his wife and they walked onto the pitch. Everything was perfect.

A year later, the Italian team **held its preseason training at the AFA complex in Ezeiza.** This unprecedented event fueled rumors about a possible connection with Tapia. During their stay in Argentina, Perugia played a friendly match against Comunicaciones, and the players visited the training facilities of Boca Juniors and River Plate.

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 17 of 43



Hernán García (general manager of Perugia) displays the Comunicaciones club jersey during the preseason in Argentina

## Contract details and an unknown manager

The Perugia sale contract stipulated that the transfer of shares to Perugia Fútbol would **cost €2,050,000, payable in four installments.** The first three installments were €500,000 each, and the final installment was €550,000. "The stated price may be reduced if liabilities, debts, or compensation obligations arise on the part of the seller in favor of the buyer, which will consequently result in a corresponding reduction of the remaining balance," the contract states.

Indeed, the operation included **debts of almost 3 million euros,** according to emails exchanged before the operation and accessed by **LA NACION.**

## CESSIONE DI QUOTE

2) La società NEW PARKER S.R.L., come sopra rappresentata, cede e trasferisce alla società PERUGIA FUTBOL S.R.L. che, come sopra rappresentata, l'intera sua quota sociale del valore nominale di euro 300.000,00 (trecentomila/00), libera da gravami.

3) La cessione viene fatta ed accettata per il complessivo prezzo di Euro 2.050.000,00 (duemilionizerocinquantamila/00).

Il suddetto prezzo potrà subire riduzione nell'ipotesi in cui emergano passività e/o debiti e/o obbligazioni di indennizzo dovute dalla parte venditrice alla parte acquirente comportanti conseguentemente la riduzione dell'importo del saldo prezzo da effettuare entro i termini appresso convenuti, il tutto in conformità degli accordi collaterali intercorsi tra le parti con separate scritture.

Il corrispettivo della presente cessione di quote viene così pagato:

- quanto ad euro 500.000,00 (cinquecentomila/00) in data odierna nel seguente modo:



The original contract for the sale of Perugia that they signed in September 2024

How was Perugia paid for? **LA NACION** revealed in January that Faroni transferred US\$5.7 million from a TourProdEnter account to his company, **Sports Next Gen Ltd.** There were 25 transfers between January and September 2025. The transaction was completed with two transfers of US\$250,000 to **Beagle Capital Management LLC** , another of the companies listed as controlling Associazione Calcistica Perugia Calcio, along with SAIA Investments Ltd.



Perugia spent seven years in Serie A and is now fighting to stay in Serie C (Photo by Loris Cerquiglini/NurPhoto via Getty Images)

NurPhoto - NurPhoto

The data was obtained through two "discoveries" by the United States Justice Department promoted by businessman **Guillermo Tofoni,** who is at odds with the AFA leadership over a commercial issue.

As soon as the details of the deal emerged, **Molinari was removed from Adcap** , the firm that provided services to the AFA to bring in more than $100 million. The financier also had to resign from his position at Beagle Capital. "Molinari's dealings with Sports NextGen are completely unrelated to Adcap, which had no knowledge whatsoever until now about the purchase of a football club," the company stated.



Juan Martín Molinari, one of the founding partners of Adcap, who was removed due to the scandal. gentleness

Faroni's management faced obstacles from the outset. Just weeks after the purchase, the **Italian Football Federation (FIGC)** imposed a three-and-a-half-month suspension on the Argentine producer and Molinari. The reason was the **late submission of key documentation : the " financial soundness "** of the companies involved in the transaction was not demonstrated in a timely manner, and the deadlines for providing accounting data required by the Italian authorities were not met.

With Faroni's arrival at the Italian club came **Hernán García Borras** , an Argentinian who had worked at **Deportivo Guadalajara,** belonging to the Second Federation of Spain.

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 21 of 43

That team appears in a federal investigation against a gang led by Miguel Ángel Villalba , the **drug kingpin** who remains in custody.

The investigation traced approximately 400 million pesos invested in two business groups identified as Dinal and Lener Construcciones SA. These companies allegedly acted as fronts for the criminal organization. **One of Dinal's partners, identified as Néstor Ruiz, was reportedly an investor in the Guadalajara soccer club.** The investigation, led by Federal Judge Alicia Vence of San Martín, is ongoing, LA NACION learned from judicial sources.



García Borras participates in a Zoom meeting prior to the purchase of Perugia
gentleness

**"García Borras didn't know Faroni. In the initial meetings, no one understood how he had arrived in Perugia, and he didn't demonstrate much knowledge of the subject,"** revealed Chiarella, a privileged witness to the financial flows and negotiations. Who hired him? LA NACION attempted to contact the manager, but he did not respond to the messages.

The US justice discoveries revealed that **García Borras received at least four transfers from TourProdEnter totaling more than US$115,000** . The payments from Bank of America were recorded on January 6, May 5, and August 27, 2025, when the club was already under Faroni's ownership. A transfer from PNC dates from September 24, 2024, just days after the purchase.

Despite the scandal, Faroni remains in charge of the Italian club, which finished as runner-up in the 1978–1979 season and won the UEFA Intertoto Cup in 2003. Today it is fighting to maintain its place in Serie C: it is fourteenth out of twenty teams in group B.

By **Nicolás Pizzi**

Javier Faroni        Perugia Calcio        Italy

According to  **T** **The Trust Project**
Type of work: **original news**

LA NACION  >  Política

# La trama oculta de la compra del club Perugia con fondos de la AFA: reuniones, transferencias y la sombra de "Chiqui" Tapia

Javier Faroni fue la cara visible de un grupo inversor que incluyó al financista Juan Martín Molinari; los detalles de la operación; fotos, mails y la clave de los contratos

11 de abril de 202616:33                                          8 '



**Nicolás Pizzi**
LA NACION

ESCUCHAR NOTA

Las negociaciones con Faroni para la venta del Perugia se extendieron durante seis meses. Durante el proceso, hubo reuniones en Buenos Aires y en Italia.

Case 4:25-cv-00313-CDL   Document 20-3   Filed 04/14/26   Page 24 of 43

gentileza

| | 41 | |

Seguir en

La operación comenzó a gestarse en marzo de 2024. En su oficina, Juan Martín Molinari, uno de los socios fundadores de Adcap, soltó delante de dos intermediarios italianos: **"Tengo el comprador"**. Apenas dos semanas después, en el mismo lugar, apareció en escena **Javier Faroni,** el empresario teatral que administraba los fondos de la AFA desde 2021. "Hasta ese momento nosotros no sabíamos quién era Faroni. Molinari nos decía que era un hombre de Tapia, y que por eso había ganado el contrato con (la ticketeadora) Deportick", cuenta a LA NACION el empresario italiano **Simone Chiarella,** uno de los protagonistas de la trama.

Case 4:25-cv-00313-CDL Document 20-3 Filed 04/14/26 Page 25 of 43

El Perugia, un club histórico del Calcio, estaba en venta hace rato. Antes de venir a Buenos Aires, los dos intermediarios ya se habían reunido con varios empresarios italianos. Todos rechazaron la propuesta.

Las negociaciones con Faroni se extendieron durante seis meses. Además de Chiarella, intervino **Pierpaolo Triulzi,** un agente FIFA que viaja mucho a la Argentina. Durante todo el proceso, hubo reuniones en Buenos Aires y en Italia. Y un cruce intenso de correos electrónicos. A partir de julio, Faroni pasaba más tiempo en Perugia que en nuestro país. En muchos de esos viajes, iba acompañado de su esposa, **Erica Gillette**, encargada de administrar la empresa TourProdEnter.

Una foto de agosto de 2024, a la que accedió LA NACION, muestra a Faroni en la cabecera de una mesa, a su mujer, al entonces dueño del Perugia, **Massimiliano Santopadre**, y otras personas.

Case 4:25-cv-00313-CDL   Document 20-3   Filed 04/14/26   Page 26 of 43

Esa cena tuvo lugar en la casa de Chiarella, en Panicale, un pueblo a 35 kilómetros de Perugia. Ese lugar se transformó en una base operativa por donde desfilaban abogados, escribanos, y el resto de los involucrados.



Una cena en los días previo al cierre de la operación
gentileza



Las jornadas de trabajo en la casa de **Chiarella** eran extensas pero había tiempo para salidas grupales. Otra de las fotos se sacó en un hotel 5 estrellas, ubicado en el centro de Panicale.

La mujer de Faroni muestra un vino de unos productores locales.

Case 4:25-cv-00313-CDL Document 20-3 Filed 04/14/26 Page 29 of 43



Faroni y su esposa, en los días previos a cerrar la operación
gentileza

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 30 of 43

Luego de varias idas y vueltas, finalmente se firmó un contrato preliminar. Para festejarlo, Chiarella preparó una torta con los colores de la bandera argentina y el Grifo, uno de los símbolos del Perugia, el club italiano que estuvo trece años en la Serie A y hoy lucha por mantenerse en la C.

La compra finalmente se cerró el **7 de septiembre de 2024** con la firma de un documento de 119 páginas al que accedió **LA NACION**. Fue el final de una extensa reunión de más de cinco horas en la escribanía Biavati, en el centro de la ciudad de Perugia.

Case 4:25-cv-00313-CDL Document 20-3 Filed 04/14/26 Page 31 of 43

Las imágenes de ese día muestran al entonces gerente general del club (a la cabeza de la mesa), a Javier Faroni, a su izquierda el vendedor, Santopadre, y enfrente el escribano Mario Biavati. Sobre la mesa se ven los contratos, carpetas, la camiseta del Perugia con el nombre de "Javier", y una camiseta argentina.

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 32 of 43

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 33 of 43





Faroni firma el contrato junto al ex dueño del Perugia, Massimiliano Santopadre
gentileza

Chiarella, que aparece en los documentos como testigo de la venta, también registró
el momento exacto de la firma: en una foto aparecen Faroni, con saco negro, y

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 35 of 43

Santopadre a su izquierda.

Luego de la ceremonia de las firmas, el empresario recorrió el club, posó con la camiseta que llevaba su nombre y se encargó de darle la noticia al presidente de la AFA, Claudio "Chiqui" Tapia. **"Lo llamó a Tapia ahí mismo para avisarle que había terminado todo bien",** asegura Chiarella.



Javier Faroni, junto con el anterior dueño del Perugia de Italia
X

No fue todo. Al día siguiente de la operación, Faroni planteó que quería reunirse con el entonces presidente de la Federación Italiana de Fútbol, Gabriele Gravina. Las gestiones estuvieron a cargo de Triulzi y de Santopadre. **"Faroni se encargó que Tapia se sume a la reunión por zoom",** recuerda Chiarella en diálogo con **LA NACION.**

La presentación oficial de Faroni se concretó el 15 de septiembre: el empresario apareció en el palco junto a su mujer y caminaron por el césped. Todo era felicidad.

Un año después, el equipo italiano **hizo su pretemporada en el predio de la AFA en Ezeiza.** Un hecho inédito que agitó los rumores sobre el posible vínculo con Tapia. Durante su estadía en la Argentina, el Perugia jugó un amistoso ante Comunicaciones y los jugadores visitaron las instalaciones de los centros deportivos de Boca y River.

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 38 of 43



Hernán García (gerente general del Perugia) exhibe la camiseta del club Comunicaciones durante la pretemporada en Argentina

## Detalles del contrato y un gerente desconocido

El contrato de venta del Perugia establecía que la cesión de las acciones a Perugia Fútbol tenía **un costo de 2.050.000 euros, en cuatro cuotas.** Las tres primeras de 500.000 euros y la última de 550.000. "El precio indicado podrá sufrir una reducción en el supuesto de que surjan pasivos, deudas u obligaciones de indemnización a cargo de la parte vendedora a favor de la parte adquirente, lo que conllevará, en consecuencia, la correspondiente reducción del importe del saldo del precio", dice el contrato.

Efectivamente, la operación incluyó **deudas por casi 3 millones de euros,** según consta en mails que se cruzaron antes de la operación y a los que accedió **LA NACION.**

## CESSIONE DI QUOTE

2) La società NEW PARKER S.R.L., come sopra rappresentata, cede e trasferisce alla società PERUGIA FUTBOL S.R.L. che, come sopra rappresentata, l'intera sua quota sociale del valore nominale di euro 300.000,00 (trecentomila/00), libera da gravami.

3) La cessione viene fatta ed accettata per il complessivo prezzo di Euro 2.050.000,00 (duemilionizerocinquantamila/00).

Il suddetto prezzo potrà subire riduzione nell'ipotesi in cui emergano passività e/o debiti e/o obbligazioni di indennizzo dovute dalla parte venditrice alla parte acquirente comportanti conseguentemente la riduzione dell'importo del saldo prezzo da effettuare entro i termini appresso convenuti, il tutto in conformità degli accordi collaterali intercorsi tra le parti con separate scritture.

Il corrispettivo della presente cessione di quote viene così pagato:

- quanto ad euro 500.000,00 (cinquecentomila/00) in data odierna nel seguente modo:



El contrato original por la venta del Perugia que firmaron en septiembre de 2024

¿Cómo se pagó el Perugia? **LA NACION** reveló en enero que Faroni transfirió US$5,7 millones desde una cuenta de TourProdEnter a una firma suya llamada **Sports Next Gen Ltd.** Fueron 25 transferencias, entre enero y septiembre de 2025. La operación se completó con dos transferencias de US$250.000 a **Beagle Capital Management LLC**, otra de las firmas que aparecen como controlantes de la Associazione Calcistica Perugia Calcio junto a SAIA Investments Ltd.



El Perugia estuve siete años en la Serie A y ahora lucha por permanecer en la Serie "C" (Photo by Loris Cerquiglini/NurPhoto via Getty Images)

NurPhoto - NurPhoto

Los datos se obtuvieron a través de dos "discoveries" de la Justicia de Estados Unidos que promovió el empresario **Guillermo Tofoni,** enfrentado a la dirigencia de la AFA por una cuestión comercial.

Apenas trascendieron los detalles de la operación, **Molinari fue apartado de Adcap**, la firma que brindó servicios a la AFA para traer más de 100 millones de dólares. Y el financista tuvo que renunciar a su cargo en Beagle Capital. "La operatoria de Molinari con la firma Sports NextGen es absolutamente ajena a Adcap, que no tenía conocimiento alguno hasta ahora sobre la compra de un club de fútbol", dijeron desde la empresa.



Juan Martín Molinari, uno de los socios fundadores de Adcap, quien fue apartado por el escándalo. gentileza

La gestión de Faroni enfrentó obstáculos desde el inicio. Apenas semanas después de la compra, la **Federación Italiana de Fútbol (FIGC)** le impuso al productor argentino y a Molinari una sanción de tres meses y medio de inhabilitación. El motivo fue la **presentación tardía de documentación clave**: no se acreditó en tiempo y forma la "**solidez financiera**" de las sociedades involucradas en la operación y no se cumplió con los plazos para aportar datos contables exigidos por las autoridades italianas.

Con la llegada de Faroni al club italiano desembarcó **Hernán García Borras**, un argentino que había trabajado en el **Deportivo Guadalajara,** perteneciente a la Segunda Federación de España.

Case 4:25-cv-00313-CDL    Document 20-3    Filed 04/14/26    Page 42 of 43

Ese equipo aparece en una investigación de la justicia federal contra una banda liderada por Miguel Ángel Villalba, el **capo narco** que sigue detenido.

La causa siguió la ruta de unos 400 millones de pesos que se invirtieron en dos grupos empresarios identificados como Dinal y Lener Construcciones S.A. Esas empresas habrían actuado como pantallas de la organización. **Uno de los socios de Dinal, identificado como Néstor Ruiz, habría sido uno de los inversores del club Guadalajara.** La investigación, a cargo de la jueza federal de San Martín Alicia Vence, sigue su curso, pudo saber LA NACION de fuentes judiciales.



García Borras participa en un zoom previo a la compra del Perugia
gentileza

**"García Borras no conocía a Faroni. En las primeras reuniones nadie entendía cómo había llegado a Perugia y no demostraba mucho conocimiento del tema",** reveló Chiarella, testigo privilegiado de los flujos

Case 4:25-cv-00313-CDL Document 20-3 Filed 04/14/26 Page 43 of 43

financieros y las negociaciones. ¿Quién lo contrató? LA NACION intentó comunicarse con el gerente pero no contestó los mensajes.

Los discoveries de la justicia estadounidense revelaron que **García Borras recibió al menos cuatro transferencias de TourProdEnter por más de US$ 115.000**. Los pagos desde el Bank of America se registraron el 6 de enero, 5 de mayo, y 27 de agosto de 2025, cuando el club ya estaba en poder de Faroni. Y una transferencia desde el PNC data del 24 de septiembre de 2024, apenas unos días después de la compra.

Pese al escándalo, Faroni sigue a cargo del club italiano, que llegó a salir subcampeón en la temporada 1978–1979, y campeón de la Copa Intertoto de la UEFA en 2003. Hoy pugna por mantener su lugar en la Serie "C": está decimocuarto sobre veinte equipos del grupo B.

Por **Nicolás Pizzi**