# EXHIBIT "4"

The Central Bank is already investigating the diversion of USD 300 million from the Argentine National Football Team

**This concerns funds that passed through TourProdEnter and never entered the country, which constitutes a possible violation of the Currency Exchange Criminal Law; it adds to other claims against the AFA**

- March 26, 2026

- 10:37 a.m.

- 6-minute read

By **Francisco Jueguen** and **Pablo Fernández Blanco**

Listen to the article

Follow in



The Central Bank of Argentina (BCRA) is investigating a possible violation of the Currency Exchange Criminal Law Freepik

44

---

Claudio Tapia, Pablo Toviggino, and the rest of the leadership of the **Argentine Football Association (AFA)** have just received a new blow. This time, it did not come from a court of law, but from the **Central Bank's (BCRA)** filing desk.

Guillermo Tofoni, the businessman who heads **World Eleven** and has been reporting irregularities in the handling of funds related to the **Argentine National Football Team**, has now requested that the monetary authority investigate why, according to his allegations, the AFA moved approximately **USD 300 million** without bringing them into the country—something that, if proven, would violate the **Currency Exchange Criminal Law**. The funds in question came from the Argentine National Football Team following the last **World Cup**, held in **Qatar in 2022**.

**Euthanasia: The word of the week,**

**from The Odyssey to the case of Noelia Castillo Ramos**

See more

The BCRA already has the documentation in its possession and is reviewing the transactions mentioned by Tofoni, who has also brought the matter before the courts. Sources familiar with the filing state that the entity led by **Santiago Bausili** will have to move forward with the investigation because Tofoni's complaint is extensive—**49 pages** long—precise, and thoroughly substantiated.



Lionel Messi and Chiqui Tapia at the Ezeiza training ground. @tapiachiqui

Tofoni filed the complaint on **March 10**. It targets **Tapia, Toviggino, Erica Gillette, and Javier Faroni** for an alleged violation of the **Currency Exchange Criminal Law (Law 19.359)**.

The filing was accompanied by a **USB drive marked "under review,"** containing bank movements, international transfers, and documentation obtained through **discovery** proceedings in U.S. courts, describing the operation of a parallel financial circuit. To a large extent, it relies on the investigation published in **LA NACIÓN** by **Hugo Alconada Mon, Nicolás Pizzi, Ignacio Grimaldi and Iván Ruiz.**

The core of the accusation is a discrepancy that, due to its magnitude, is difficult to explain under normal operational parameters: what the **Argentine National Football Team** generated abroad versus what was actually declared domestically.

According to bank statements from entities such as **Bank of America**, **Synovus Bank, JPMorgan Chase, Citibank, and PNC Bank**, the company **TourProdEnter**— AFA's exclusive commercial agent abroad—allegedly received close to **USD 300 million** between 2022 and the first semester of 2024. According to the complaint, this is a company linked to **Faroni** and **Gillette**, which displaced Tofoni from the business.

When these figures are compared with the financial statements submitted by the AFA to the **General Inspection of Justice (IGJ),** the reported amount is substantially lower.

The complaint argues that this difference is not an accounting mismatch or an administrative error, but rather the result of a deliberate structure designed to retain foreign currency abroad.



Javier Faroni, with Mar del Plata in the background

Within this framework, **TourProdEnter LLC** is a central piece. According to the filing, it is a Florida-based company that, despite handling multimillion-dollar volumes—averaging around **USD 86,600 per day** in the analyzed period—does not appear to have real offices, employees, or verifiable commercial activity consistent with the amounts it channels.

The complaint asserts that **this entity** functioned as a vehicle to concentrate revenues from international friendlies, sponsorship agreements, and commercial rights, and then **redistributed them through multiple transfers to third parties**.

The documents describe a **layering** process, a technique used to fragment and disperse funds across different jurisdictions and accounts, making them difficult to trace.

Among the main destinations is **a Uruguayan broker**, which allegedly received **USD 106,773,505** through dozens of transfers. From just one **Bank of America** account, **33 transactions** totaling over **USD 74 million** were recorded.

Another relevant case is **Marmasch LLC**, a Florida-incorporated company that received **USD 13,477,350.** Its owner, **Mariela Marisa Schmalz**, is an Argentine citizen residing in Bariloche who works at a pharmacy and, according to the complaint, does not present an economic or commercial profile consistent with handling such amounts.

The document suggests that it may be a structure used to channel funds without real activity.

**Sports Nextgen LTD**, linked to **Javier Faroni**, is also mentioned as having received **USD 5.7 million** within this circuit. Taken together, these movements constitute, according to the filing, a network of intermediary companies that would allow funds to be distributed outside the reach of local exchange controls.



The Central Bank received a complaint from Tofoni regarding the AFA's handling of U.S. dollars. TWITTER / MARIANAKBOOM - TWITTER / MARIANAKBOOM

The complaint does not limit itself to the technical reconstruction of the financial circuit; it also includes indications regarding the final destination of part of those resources. Payments totaling **USD 512,000** were recorded in connection with yachting services through **CCYACHTING LLC** and **Charter Dreams Yacht Services**. These transactions coincide temporally with **Claudio "Chiqui" Tapia**'s vacation in July 2024, when he was photographed aboard the yacht **Wyldcrest** (**Ocean 90** model) in **Monaco**, whose charter reportedly costs around **USD 100,000 per week,** according to Tofoni's complaint.

This is accompanied by a steady flow of transfers related to private aviation. There are wire transfers to companies such as **Gestair Aviation, Banyan Air Services, and Jet Support Services**, as well as payments to pilot **Luis Chades** for parts and operations that, according to the complaint, could be linked to the acquisition of aircrafts in the United States using undeclared funds.

In its final section, the filing argues that the entire scheme would constitute a "**continuous unlawful operation**" with a direct impact on the public economic order.

The central argument is that the failure to liquidate foreign currency in the official market not only violates the **Currency Exchange Criminal Law** but also affects the balance of payments and the country's reserves.

For this reason, Tofoni requests that the **Central Bank** conduct an in-depth analysis of the AFA's financial statements for the **2022-2025** period. To that end, he requests that the **former head** of the **General Inspection of Justice, Daniel Vítolo**, be called as a witness to testify regarding the irregularities detected in the accounting information submitted by the football organization.



Argentina, World champion. Following the World Cup victory, the AFA set up a structure to manage funds outside the country, according to various documents. Richard Heathcote - Getty Images Europe

The case now enters a phase of technical evaluation within the **BCRA**. Once this review is completed, if irregularities are confirmed, the case must be referred to the **Economic Criminal Courts**, which will determine whether the discrepancy between the income generated abroad and the declared amounts constitutes an exchange violation or a broader scheme.

The AFA has been accumulating complaints regarding its handling of foreign currency amid Argentina's exchange restrictions. A previous **BCRA** investigation, which has already moved beyond the preliminary stage and was referred to the courts, maintains that the entity established a financial structure during the exchange control period that enabled it to channel nearly **USD 100 million** into circuits linked to the parallel dollar market.






CLAUDIO TAPIA
President

PABLO TOVIGGINO
Treasurer

The **AFA** allegedly used **three mechanisms** to convert U.S. dollar revenues into Argentine pesos at a higher exchange rate than the official one, which was the rate that should have been applied in these cases.

MECHANIS



**1**
INCOMING U.S. DOLLARS AS "SUBSIDIES"

**2**
CONVERSION VIA BONDS (CCL)

COLLECTION IN BONDS FROM ABROAD

**3**

ADVERTISING

### USD 32.4 million

It received transfers from abroad as "subsidies."

The U.S. dollars were brought into the banking system and were declared under **code 108,** corresponding to subsidies.

By using that category, they avoided settling the funds at the official exchange rate.

PROBLEM DETECTED
**There is no evidence that those funds represented genuine subsidies.**

### USD 10.2 million

It collected revenue for events or services provided abroad

With those U.S. dollars, bonds were purchased, such as **GD30 or AL30.**

Then, those bonds were sold in pesos on the local market at the financial exchange rate.

PROBLEM DETECTED
**The proceeds should have been settled at the official exchange rate.**

### USD 50.7 million

Various foreign companies paid intermediaries for services or commercial rights linked to the AFA.

Instead of transferring U.S. dollars, those intermediaries delivered bonds, such as **GD30 or GD34.**

The AFA sold those bonds on the local market and obtained pesos at the financial exchange rate.

PROBLEM DETECTED
**Instead of transferring U.S. dollars, those intermediaries delivered bonds, such as GD30 or GD34.**

As reflected in the case file, the mechanism **generated an extraordinary benefit:** the entity would have effectively doubled the value of its foreign-sourced revenues compared to those operating under the applicable foreign exchange regulations.

The **Central Bank** document shows that there were at least **three mechanisms** involving payments from sponsors such as **Adidas, Conmebol and FIFA,** as well as intermediaries for commercial and audiovisual rights, which allegedly bypassed the official market in order to evade controls.

By **Francisco Jueguen** and **Pablo Fernández Blanco**        Central Bank AFA Money Laundering A

According to [T] The Trust Project >



morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/03/30**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:

- 'El Banco Central article.docx'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

299 South Main Street, Suite 1300
Salt Lake City, UT 84111

El Banco Central ya investiga el desvío de US$300 millones de la Selección Argentina

**Es por el dinero que pasó por TourProdEnter y nunca ingresó al país, en posible violación de la Ley Penal Cambiaria; se suma a otras demandas contra la AFA**

- 26 de marzo de 2026

- 10:37

-     6 minutos de lectura

Por **Francisco Jueguen** y **Pablo Fernández Blanco**

Escuchar Nota

Seguir en



El BCRA investiga una posible violación a la ley penal cambiariaFreepik

44

Claudio Tapia, Pablo Toviggino y el resto de la cúpula de la **Asociación del Fútbol Argentino (AFA)** acaban de recibir un nuevo golpe. Esta vez no llegó por la Justicia, sino por la mesa de entradas del **Banco Central (BCRA)**.

Guillermo Tofoni, el empresario titular de **World Eleven** que viene denunciando irregularidades en el manejo del dinero relacionado con la **Selección Argentina**,

le pidió ahora a la entidad monetaria que investigue por qué, según su acusación, la AFA movió unos **US$300 millones** sin ingresarlos al país, algo que, de comprobarse, violaría la **Ley Penal Cambiaria**. Se trata de dinero generado por la selección argentina tras el último **Mundial**, disputado en **Qatar en 2022**.

**Eutanasia: la palabra de la semana,**

**desde La Odisea hasta el caso de Noelia Castillo Ramos**

Ver más

El BCRA ya tiene la documentación en su poder y está revisando las operaciones mencionadas por Tofoni, que también recurrió a la Justicia por este tema. Fuentes al tanto de la presentación sostienen que la entidad que conduce **Santiago Bausili** deberá avanzar en la investigación porque la denuncia presentada por Tofoni es extensa —tiene **49 páginas**—, precisa y largamente fundamentada.



Lionel Messi y Chiqui Tapia en el predio de Ezeiza.@tapiachiqui

Tofoni ingresó la denuncia el **10 de marzo pasado**. Apunta contra **Tapia, Toviggino, Erica Gillette y Javier Faroni** por presunta violación a la **Ley Penal Cambiaria (Ley 19.359)**.

La presentación fue acompañada por un **pendrive "a revisión"** que contiene movimientos bancarios, transferencias internacionales y documentación obtenida mediante procesos de **"discovery"** en la justicia de los Estados Unidos, que describen el funcionamiento de un circuito financiero paralelo. En gran medida, se

apoya en la investigación publicada en **LA NACION** por **Hugo Alconada Mon, Nicolás Pizzi, Ignacio Grimaldi e Iván Ruiz**.

El eje de la acusación es una diferencia que, por su magnitud, resulta difícil de explicar dentro de parámetros normales de operatoria: lo que la **Selección Argentina** generó en el exterior y lo que efectivamente fue declarado en el país.

De acuerdo con extractos bancarios de entidades como **Bank of America, Synovus Bank, JPMorgan Chase, Citibank y PNC Bank**, la firma **TourProdEnter** —agente comercial exclusivo de la AFA en el extranjero— habría percibido cerca de **US$300 millones** entre 2022 y el primer semestre de 2024. Según la denuncia, se trata de una sociedad vinculada a **Faroni** y **Gillette**, que desplazó a Tofoni del negocio.

Cuando se contrastan esos datos con los balances presentados por la AFA ante la **Inspección General de Justicia (IGJ)**, el número es sustancialmente menor.

La denuncia sostiene que esa diferencia no es un desfasaje contable ni un error administrativo, sino el resultado de una arquitectura deliberada diseñada para retener divisas en el exterior.



Javier Faroni, con Mar del Plata de fondo

En ese esquema, **TourProdEnter LLC** aparece como una pieza central. Según el escrito, se trata de una sociedad radicada en Florida que, pese a manejar volúmenes millonarios —del orden de **US$86.600 diarios** en promedio durante el

período analizado—, no tendría oficinas reales ni empleados ni actividad comercial verificable acorde con los montos que canaliza.

El planteo de la denuncia es que **esa sociedad** habría funcionado como vehículo para concentrar ingresos provenientes de amistosos internacionales, contratos de patrocinio y derechos comerciales, para luego **redistribuirlos a través de múltiples transferencias hacia terceros.**

Los documentos describen un proceso de **"layering"** o estratificación, una técnica utilizada para fragmentar y dispersar fondos a través de distintas jurisdicciones y cuentas, dificultando su trazabilidad.

Entre los principales destinos aparece **un broker uruguayo**, que habría recibido **US$106.773.505** mediante decenas de transferencias. Solo desde una cuenta en **Bank of America** se registraron **33 operaciones** por más de **US$74 millones**.

Otro caso relevante es el de **Marmasch LLC**, una sociedad constituida en Florida que recibió **US$13.477.350**. Su titular, **Mariela Marisa Schmalz,** es una ciudadana argentina residente en Bariloche que trabaja en una farmacia y que, según la denuncia, no presenta un perfil económico ni comercial compatible con el manejo de esos montos.

El documento sugiere que podría tratarse de una estructura utilizada para canalizar fondos sin actividad real.

También figura **Sports Nextgen LTD**, vinculada a **Javier Faroni**, que habría percibido **US$5,7 millones** dentro de este circuito. En conjunto, estos movimientos configuran, según la presentación, una red de sociedades interpuestas que permitiría distribuir los fondos fuera del alcance de los controles cambiarios locales.



El Banco Central recibió una denuncia de Tofoni por los manejos de la AFA con el dólar.TWITTER / MARIANAKBOOM - TWITTER / MARIANAKBOOM

La denuncia no se limita a la reconstrucción técnica del circuito financiero, sino que también incorpora indicios sobre el destino final de parte de esos recursos. Se registraron pagos por **US$512.000** asociados a servicios de yachting a través de **CCYACHTING LLC** y **Charter Dreams Yacht Services**. Estas operaciones coinciden temporalmente con las vacaciones de **Claudio "Chiqui" Tapia** en julio de 2024, cuando fue fotografiado en el yate **Wyldcrest** (modelo **Ocean 90**) en **Mónaco**, cuyo alquiler ronda los **US$100.000 semanales**, según la denuncia de Tofoni.

A esto se suma un flujo constante de transferencias vinculadas a la aviación privada. Aparecen giros a firmas como **Gestair Aviation, Banyan Air Services y Jet Support Services**, además de pagos al piloto **Luis Chades** por repuestos y operaciones que, según la denuncia, podrían estar relacionadas con la adquisición de aeronaves en los Estados Unidos utilizando fondos no declarados.

En su tramo final, la presentación sostiene que todo el esquema configuraría una **"maniobra ilícita permanente"** con impacto directo sobre el orden público económico.

El argumento central es que la no liquidación de divisas en el mercado oficial no solo vulnera la **Ley Penal Cambiaria**, sino que también afecta la balanza de pagos y las reservas del país.

Por ese motivo, Tofoni le pide al **Banco Central** que analice en profundidad los balances de la AFA correspondientes al período **2022-2025**. Para eso, reclama que se convoque como testigo al **ex titular** de la **Inspección General de Justicia**, **Daniel Vítolo**, para que exponga sobre las irregularidades detectadas en la información contable presentada por la organización del fútbol.



Argentina, campeón. Tras el título, la AFA armó un esquema para manejar el dinero fuera del país, según distintos documentos.Richard Heathcote - Getty Images Europe

El expediente abre ahora una etapa de evaluación técnica dentro del **BCRA**. Una vez concluida esa revisión, si se corrobora la existencia de irregularidades, el caso deberá ser girado a la **Justicia Penal Económica**, que tendrá que determinar si la diferencia entre los ingresos generados en el exterior y los montos declarados constituye una infracción cambiaria o un esquema de mayor alcance.

La AFA viene acumulando denuncias por su manejo de divisas en medio de las restricciones cambiarias argentinas. Una investigación anterior del **BCRA**, que ya superó la etapa de sumario y fue remitida a la Justicia, sostiene que la entidad montó durante el cepo una arquitectura financiera que le permitió canalizar cerca de **US$100 millones** hacia circuitos vinculados al dólar paralelo.






CLAUDIO TAPIA
Presidente

PABLO TOVIGGINO
Tesorero

La **AFA** habría utilizado **tres circuitos** para transformar ingresos en dólares en pesos a un tipo de cambio más alto que el oficial, que era el que correspondía aplicar en estos casos.

CIRCUITOS



**1**

INGRESO DE DÓLARES COMO "SUBSIDIOS"

**2**

CONVERSIÓN VÍA BONOS (CCL)

**3**

**COBRO EN BONOS DESDE EL EXTERIOR**

PUBLICIDAD

### US$32,4 millones

Recibió transferencias desde el exterior como "subsididos"

### US$10,2 millones

Cobró por eventos o servicios prestados en el exterior

### US$50,7millones

Diferentes empresas del exterior pagaron a intermediarios por servicios o derechos comerciales vinculados a la AFA.

Los dólares ingresaron por banco y se declararon con el **código 108,** correspondiente a subsidios.

Con esos dólares compró bonos, como **GD30 o AL30.**

En vez de girar dólares, esos intermediarios entregaron bonos, como **GD30 o GD34.**

Al usar esa categoría, evitaron liquidarlos al tipo de cambio oficial.

Luego vendió esos bonos en pesos en el mercado local, al tipo de cambio financiero.

La AFA vendió esos bonos en el mercado local y obtenía pesos al tipo de cambio financiero.

PROBLEMA DETECTADO
**No habría evidencia de que esos fondos fueran subsidios reales.**

PROBLEMA DETECTADO
**Los ingresos debían liquidarse al tipo de cambio oficial.**

PROBLEMA DETECTADO
**En vez de girar dólares, esos intermediarios entregaban bonos, como GD30 o GD34.**

Según surge del expediente, la maniobra **generó un beneficio extraordinario:** la entidad habría llegado a duplicar el valor de sus ingresos provenientes del exterior en comparación con quienes operaban dentro de las reglas cambiarías vigentes.

El documento del **Banco Central** muestra que hubo al menos **tres maniobras** que involucran pagos de patrocinadores como **Adidas, la Conmebol y la FIFA,** además de intermediarios de derechos comerciales y audiovisuales, que habrían evitado su paso por el mercado oficial para eludir controles.

Por **Francisco Jueguen** y **Pablo Fernández Blanco**                    Banco Central AFA Lavado de dinero A

Conforme a [T] The Trust Project >