**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA**

ALBERTO J BAÑOS
ABOGADO

IN RE PETITION OF GUILLERMO LUIS
TOFONI FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782

Case No. 4:25-cv-00313-CDL

### DECLARATION OF ALBERTO BAÑOS IN SUPPORT OF GUILLERMO LUIS TOFONI'S SURREPLY AND OPPOSITION TO TOURPRODENTER LLC'S MOTION FOR RECONSIDERATION OF ORDER ALLOWING SUR-REPLY

I, Alberto Baños, declare under penalty of perjury as follows.

1. I am an attorney admitted to practice in the Argentine Republic and counsel of record for Mr. Guillermo Luis Tofoni in Criminal Case No. 66191/2025, pending in the Juzgado Nacional Criminal y Correccional No. 11, in Buenos Aires, Argentina (the "Argentine Criminal Proceeding"). Previously, I was a Criminal Judge in Argentina for more than thirty years and most recently, the Under Secretary for Human Rights for the Argentine Government. I submit this declaration based on my personal knowledge and review of the record in that matter.

2. I am part of the legal team representing Mr. Tofoni in the Argentine Criminal Proceeding and other proceedings currently pending in Argentina (the "Pending Argentine Proceedings") against the Asociación del Fútbol Argentino ("AFA"). The legal team is currently comprised of several attorneys from different law firms, including Mr. Castex and myself. While not all members of the legal team are formally designated as counsel of record in the Pending Argentine Proceedings, we are all actively involved in his representation. There is no requirement under Argentine law for all attorneys involved in a client's representation to enter appearances in all related proceedings.


Scanned with
CamScanner

3. Under Argentine law and applicable court procedures, when a private party submits evidence to the court, the evidence becomes part of the case record, and cannot be withdrawn.

4. On March 10, 2026, Mr. Tofoni filed an administrative complaint before the Central Bank of Argentina against AFA and Tourprodenter executives regarding potential violations of Argentine foreign exchange regulations.

5. I have reviewed the prior declarations submitted by Mr. Castex in this proceeding, dated October 6, 2025, and April 7, 2026. I agree with all his statements.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of April 2026.

_____
Alberto Baños