# ATTACHMENT

ALBERTO J BAÑOS
ABOGADO

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE PETITION OF GUILLERMO LUIS
TOFONI FOR JUDICIAL ASSISTANCE          Case No. 4:25-cv-00313-CDL
PURSUANT TO 28 U.S.C. § 1782

**DECLARATION OF ALBERTO BAÑOS IN SUPPORT OF**
**GUILLERMO LUIS TOFONI'S MOTION FOR AUTHORIZATION**

I, Alberto Baños, declare under penalty of perjury as follows.

1. I previously submitted a declaration dated April 7, 2026 in this proceeding in support of Mr. Tofoni's application for judicial assistance pursuant to 28 U.S.C. § 1782. As I stated in that declaration, I am an attorney admitted to practice in the Argentine Republic, and I represent Guillermo Tofoni in four related criminal proceedings currently pending in Argentina (the "Argentine Criminal Proceedings").

2. I submit this declaration based on my personal knowledge and review of the record in the Argentine Criminal Proceedings.

3. The Argentine Criminal Proceedings include four proceedings against executives of the Argentine Football Association ("AFA") and Tourprodenter. The reason there are multiple proceedings is that in Argentina, different courts have jurisdiction over different crimes and geographic areas. Each of the four proceedings is pending in a different court. They are all adjudicative in nature. The proceedings are described below.

4. On December 30, 2025, Mr. Tofoni filed a criminal complaint for fraudulent administration and conspiracy against Mr. Javier Faroni and Ms. Erica Gillette, both executives of Tourprodenter, and Mr. Claudio Tapia and Mr. Pablo Toviggino, both executives of AFA

1

Scanned with
CS CamScanner

8/5/26, 4:07 p.m.                                    Baños - Clean - Google Docs

**ALBERTO J BAÑOS**
ABOGADO

(collectively the "Argentine Defendants"). The case is captioned "Faroni, Javier; Gillette, Erica; Tapia, Claudio, Toviggino, Pablo y otros por defraudaciòn por administraciòn fraudulenta. Tofoni, Guillermo Luis: Querellante" Criminal Case No. 66191/2025, and is pending in the Juzgado Nacional Criminal y Correccional No. 11.

5.  On 03/12/2026, Mr. Tofoni filed a criminal complaint against the Argentine Defendants for tax evasion. The case is captioned Asociacion del Futbol Argentino (AFA), Tapia, Claudio; Toviggino, Pablo y otros, por evasion tributaria. Denunciante: Tofoni, Guillermo Luis], Criminal Case No. 335/2026, and is pending in the Juzgado Penal Económico No. 2.

6.  On 03/19/2026, Mr. Tofoni filed a criminal complaint against the Argentine Defendants for money laundering. The case is captioned "Tapia, Claudio; Toviggino, Pablo; Lorenzo, Gustavo; Blanco Rodrìguez, Vìctor; Malaspina, Cristian por lavado de activos en forma habitual,Denunciante Guillermo Luis Tofoni" Criminal Case No. 360/2026, and is pending in the Juzgado Penal Económico 5.

7.  On 03/06/2026, Mr. Tofoni filed a criminal complaint against the Argentine Defendants for fraudulent accounting. The case is captioned "Tapia, Claudio; Toviggino, Pablo y otros por balance falso. Denunciante Tofoni, Guillermo Luis., Criminal Case No. 286/2026, and is pending in the Juzgado Penal Económico 8.

8.  Under Argentine law, a person impacted by a crime may initiate a criminal proceeding. If the complaint is accepted by the court, that person is referred to as the "complainant." The complainant is a party to the proceeding in a role parallel to the prosecutor. The complainant has the right to take and present evidence, present argument, and appeal the court's rulings.

2

Scanned with
CS CamScanner

9. Mr. Tofoni has presented evidence, including the evidence obtained through this proceeding, in the Argentine Criminal Proceedings, and will continue to have opportunities to present additional relevant evidence as the case proceeds.

10. Under Argentine law, the complainant may present any evidence that he has lawfully obtained, including evidence that contains confidential information about the defendant or third parties.

11. Once evidence has been submitted to the courts, there is no mechanism for requesting the return or destruction of that evidence. The evidence becomes part of the court record and is under the sole control of the judge.

12. In addition, I am concerned that a request by Mr. Tofoni to the Argentine courts to return or destroy the documents obtained through this proceeding would cause unnecessary confusion, especially since those same documents would then be re-submitted once they are re-received either through the letters rogatory process or through another section 1782 application to be filed by Mr. Tofoni.

13. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of May, 2026.

ALBERTO J BAÑOS
ABOGADO

_____

Alberto Baños

3

Scanned with
CS CamScanner