# ATTACHMENT

**CERTIFICATION OF COMPLIANCE**

I, Guillermo Tofoni, hereby certify that I have partially complied with paragraph 9 of the Court's April 27, 2026, Order (ECF No. 25) (the "Protective Order").

I have provided written notice, in the form of the letter attached hereto as Exhibit 1, to the journalists to which I disclosed "Touprodenter's Materials," as that term is defined in the Protective Order. *See* Motion for Authorization filed on May 8, 2026 (ECF No. 26) ("Motion for Authorization").

Dated: May 11, 2026

Guillermo Tofoni