# ATTACHMENT

**AMENDED CERTIFICATION OF COMPLIANCE**

I, Guillermo Tofoni, hereby certify that I have partially complied with paragraph 9 of the Court's April 27, 2026, Order (ECF No. 25) (the "Protective Order").

I have provided written notice to all third parties to which I disclosed "Touprodenter's Materials," as that term is defined in the Protective Order, except as specified in the Motion for Authorization filed on May 8, 2026 (ECF No. 26) ("Authorization Motion"). For the avoidance of doubt, the Argentine Central Bank is one of the third parties to which I provided written notice. I have also provided oral notification to the prosecutors in two of the proceedings described in the Authorization Motion of the Protective Order and the Court's instruction that Tourprodenter's Materials be returned or destroyed.

I have also taken additional steps to secure the return or destruction of Tourprodenter's Materials from persons not authorized to receive them pursuant to the Protective Order. I sent the letter attached hereto as Exhibit 1 (the "Letter") to recipients to which I provided information where appropriate. In addition, I asked recipients to confirm receipt of the Protective Order. I also offered to assist in providing any necessary clarification regarding the Protective Order. Finally, I made clear to recipients that I am available to help facilitate the return of the Tourprodenter Materials.

Dated: May 29, 2026

_____
Guillermo Tofoni